IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**JOHN MOSS, III,**

    *Petitioner*,

v.                                      **Civil Action No. 2:09-cv-01406**

**DAVID BALLARD, Warden,**
**Mount Olive Correctional Complex,**

    *Respondent*.

---

**SUPPLEMENTAL ORDER TO**
**RESPONDENT'S EXHIBIT NO. 5**

---

    Attached hereto is a Supplemental Order, Amended Memorandum Order Denying Habeas Relief dated February 15, 2002, which was inadvertently omitted in Respondent's Exhibit 5 as previously filed.

                                                        *Respectfully submitted*,

                                                        DAVID BALLARD, Warden,
                                                        Mt. Olive Correctional Complex,
                                                        *Respondent,*

                                                                  By counsel

/s/ *Robert D. Goldberg*
Robert D. Goldberg, Bar No. 7370
Assistant Attorney General
Attorney for Respondent
Office of the Attorney General
State Capitol Complex
Building 1, Room E-26
Charleston, West Virginia 25305-0220
Telephone:    (304) 558-2021
Fax:             (304) 558-0140
E-mail:   robert.goldberg@wvago.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2010, I electronically filed the foregoing Supplemental Order to Respondent's Exhibit 5 thereto with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed, by United States Postal Service, the aforesaid document(s) to the following non-CM/ECF participant:

        To:    John Moss, III, DOC# 13734
                  Mt. Olive Correctional Complex
                  One Mountainside Way
                  Mt. Olive, WV 25185

/s/ *Robert D. Goldberg*
Robert D. Goldberg, Bar No. 7370
Assistant Attorney General
Attorney for Respondent
Office of the Attorney General
State Capitol Complex
Building 1, Room E-26
Charleston, West Virginia 25305-0220
Telephone:   (304) 558-2021
Fax:           (304) 558-0140
E-mail: robert.goldberg@wvago.gov