# MOSS v. BALLARD
# CASE NO. 2:09cv01406

# RESPONDENT'S EXHIBIT 20
# (CONTINUATION, pp. 601 – 750)

Williams -- Cross

600

1    she was going to go get the gun, and they got into a

2    struggle over the gun.

3         Q       Did the gun go off?

4         A       Yes.

5         Q       What did he do after the gun went off?

6         A       He said he flung the gun but he didn't

7    remember if he hit anything or not.

8         Q       What happened to his wife?

9         A       She fell to the floor.

10        Q       What did Paul do then?

11        A       He then -- I think he said he strangled

12   her with some cords.

13        Q       He said he strangled her with some

14   cords?

15        A       Yeah, with a cord.

16        Q       And what happened after that?

17        A       He got his little boy.

18        Q       What did he do to his little boy?

19        A       He said he put him down on the floor

20   and put his knee in his back.

21        Q       Did he demonstrate to you all how he

22   did that?

23        A       Yes.

24        Q       Would you show the jury how he

Williams - Cross                                    601

1    demonstrated that?

2         A          Yes.

3         Q          He said he got his little boy and put

4    him down on the floor, face down, and put his knee in his

5    back.

6         Q          Then what did he do with the little

7    boy?

8         A          He tied his hands behind his back and

9    put him in the bath tub.

10        Q          Did the little boy say anything to him?

11        A          He said "Leave me alone, daddy."

12        Q          How did he put him in the bath tub?

13        A          He put him in face down.

14        Q          Was there any water in the tub?

15        A          Yes.

16        Q          Did he tell you how much water was in

17   the tub?

18        A          I believe he said there was water in

19   the tub.  He might have said it was about half full; I

20   don't know.

21        Q          Did he tell you all why he put him in

22   the bath tub?

23        A          Yes.

24        Q          What did he say?

Williams - Cross

602

1    A        He said he liked to swim.

2    Q        What did he do to the little girl?

3    A        He said he got his little girl and
4    wrapped a cord around her neck and put her over the door,
5    on the door.

6    Q        Did he say why he put her on the door?

7    A        Yes.

8    Q        What did he say to that?

9    A        Because she liked to swing.

10   Q        Changing the mood just a bit, tell me,
11   Officer, isn't it true that Mr. Smith, Trooper Smith, got
12   in the back seat of the car that you all were driving in
13   order that he could kind of soften Moss up for the
14   confession down at Parkersburg?

15   A        No, sir.

16   Q        Isn't it true he could have read his
17   rights in the front seat of the car?

18   A        Yes, he could have.

19   Q        Did you see in the mirror the times
20   that he hit Mr. Moss?

21   A        He did not hit Mr. Moss.

22   Q        Could you hear the groans from the back
23   seat?

24   A        There were no groans.

Williams − Cross
                                                                    603

1          Q          Now, how long was he back there with

2     Mr. Moss?

3          A          I´d say maybe forty-five minutes.

4          Q          And the only reason -- the only reason

5     he went in the back seat was to read his rights?

6          A          No, sir.

7          Q          To talk to him?

8          A          Yes, sir.

9          Q          Couldn´t he talk to him from the front

10    seat?

11         A          Well, we were driving down the road and

12    John was sitting directly behind him.  He would have had

13    to turn all the way around in the seat.

14         Q          And  he  was  back  there  forty-five

15    minutes.  Now, at any time, did Moss tell you that he

16    wanted to confess?

17         A          He indicated that he would talk to us.

18         Q          And that´s all; is that correct?

19         A          Yes.

20         Q          And at no time did you mention Reggettz

21    and at no time did he mention Reggettz; is that correct?

22         A          Yes.

23         Q          Now, Officer, there came a time when

24    you left the room so that Officer Smith -- I think the

Williams - Cross

604

1    words are that he felt uncomfortable with you there.  Is

2    it not true that you left the room so that you would not

3    be a witness to what Smith was going to do and say to

4    John Moss?

5           A           No, sir.  That's not true.

6           Q           And the John Moss that you all had

7    there was seventeen -- eighteen years old, and not

8    twenty-seven, as he sits here today; isn't that true?

9           A           That's correct.

10          Q           And the John Moss that you all had

11   there was a much smaller John Moss than he is sitting

12   here today; is that not true?

13          A           Not too much smaller.

14          Q           Now, after Officer Smith had his

15   conference with John Moss, he was much more cooperative;

16   is that not true?

17          A           When I walked back into the office, he

18   was still saying that he had trouble remembering some

19   things.

20          Q           But he got it together pretty shortly

21   thereafter; is that not true?  He was having problems

22   remembering when you left the room, and when you left

23   Officer Smith in the room with him, and then his memory

24   came back; is that true?  Would that be a true statement?

Williams - Cross

605

1       A      I don't know whether that would be a

2  true statement or not.

3       Q      But that's what happened; isn't it?

4       A      As we asked him more questions, he

5  started remembering things.

6       Q      All of a sudden.

7      Now, Officer Williams, you all had two oral

8  confessions down at Parkersburg; is that correct?

9      In other words, what I'm saying, sir, is you all

10  rehearsed the tape twice orally; is that correct?

11       A      No, sir.

12       Q      Didn't you all have an oral confession

13  before?  Didn't you all have an oral confession before

14  he made the tape?

15       A      Yes.

16       Q      And then you go over it each time to

17  make certain that you've got it right?

18       A      No, sir.

19       Q      And is it not true that he still messed

20  up because he said he used a rope.  Is that not true?

21       A      A rope?

22       Q      He said a rope, initially.

23       A      I don't ever remember him saying

24  anything about a rope.

Williams - Cross                                        606

1          Q          Let me refresh your memory a bit, sir.

2          While I'm looking, isn't it true that John

3    indicated that it was a knife that he used on Vanessa?

4          A          Yes.  He said a knife or something.

5          Q          In fact, he has never admitted to using

6    any scissors; is that correct?

7          A          Yes, sir, that's correct.

8          Q          Is it also true that Paul Reggettz has

9    never, ever said a knife, he said scissors; is that

10   correct?

11         A          Yes.

12         Q          Now, at the time you and Officer Smith

13   went to Mansfield, one of the prevailing theories was

14   that Moss was a conspirator with Mr. Reggettz?

15         A          We thought about that, yes.

16         Q          And that accounts for the effort to put

17   the car into Moss's confession; is that correct?

18         A          Not totally.

19         Q          Did you all not suggest to him while

20   the tape was off that the car was there?

21         A          No, sir.

22         Q          Did you all suspect that this was not

23   a good confession because he mentioned the car?

24         A          No, sir.

Williams - Cross                                                607

1          Q          What was the condition of the clothes

2     you got from UPS of Mr. Reggettz's?

3          A          Some of them were clean -- something

4     like new clothes; they had just been cleaned.   Other's

5     were soiled, like they had diesel fuel on them.

6          Q          Some   of   them   had   diesel   fuel   and

7     several of them -- how many were there?

8          A          I think there might have been one pair,

9     like a pair of pants and shirt.

10         Q          Okay.   Now, tell me, sir, why did you

11    take the Polaroid camera from the Moss's home, when in

12    fact, Reggettz indicated that it was a Kodak?

13         A          When who indicated a Kodak?

14         Q          When Moss indicated a Kodak?

15         A          He said at one point, he told us it was

16    a Kodak or a Polaroid.

17         Q          And how are you able to identify the

18    camera, the Kodak, as Mr. Moss's?

19         A          I'm not sure ---

20         Q          I mean Mr. Reggettz's?

21         A          John told us that the camera he took

22    out of the house was on his dresser in his bed room in

23    Cleveland.   When we got there and searched, we searched

24    the residence and the camera was not where he told us it

Williams - Cross                                    608

1  should be.  So, we called -- we got on the telephone and

2  called the Prosecutor's office and got hold of Chuck

3  Pettry and asked Chuck to see if he could get John to the

4  telephone so that we could ask him about the camera.

5          He did.  We talked to John over the phone and he

6  told us that the camera wasn't on his dresser.  It was

7  in his father's car.

8          Q          And that's where you found the camera?

9          A          Yes.

10         MR. BICKLEY:  Your Honor, may we approach the

11 bench?

12         THE COURT:  Yes.

13

14         WHEREUPON, a bench conference was held, where the

15 following transpired:

16

17         MR. BICKLEY:  This is what we've got.  We've got

18 a discovery tie with a rope, and the transcript doesn't

19 do that.  It doesn't say that.

20         MR. REVERCOMB:  What's this discovery from?

21         MR. BICKLEY:  From you.

22         THE COURT:  Is this from the original tape?  It's

23 a little bit different?

24         MR. HUFFMAN:  That statement is missing from

Williams – Cross                                609

1    here.

2              MS. LUSK:  They didn´t take anything out.

3              MR. REVERCOMB:  We ought to take this up outside

4    the presence of the jury.

5              MR. BICKLEY:  I want to hear what his statement

6    is.  It´s got to be on the record, in front of a jury.

7    Then we´ll see what the transcript said.

8

9              WHEREUPON, the bench conference was concluded.

10

11             THE COURT:  Folks, we´re going to recess for

12   about five minutes.  You all may take a break.

13

14             (Out of the Jury´s presence)

15

16             MR. BICKLEY:  Your Honor, this statement is not

17   accurate.

18             MS. LUSK:  It might be the transcript.

19             MR.  BICKLEY:   There  is  no  --  this  is  the

20   transcript that we got from the Prosecutor´s Office.

21             THE COURT:  In discovery?

22             MR. BICKLEY:  In discovery.

23             THE COURT:  What do you want to do?

24             MR. REVERCOMB:  Maybe we´ll have to listen to the

Williams — Cross                                               610

1   original tape and see where the mistake is.  I think

2   that's the first thing we need to do.

3           MS. LUSK:  Because I think about the only thing

4   that was omitted was the Mansfield references.

5           THE COURT:  Well, let's start with the original

6   tape and go through to this part and listen to it.  Who's

7   got it?

8           MS. LUSK:  It's in a box up there.

9

10          WHEREUPON, the Court and counsel, along with the

11  defendant, listened to the original tape confession of

12  John Moss.

13

14          MR. REVERCOMB:  Do you want to listen to the

15  whole tape or just that part?

16          THE COURT:  Let's try to get to that part.

17

18          (After review of the original taped confession)

19

20          THE COURT:  Do you want that replayed for the

21  jury?

22          MR. BICKLEY:  No.

23

24          WHEREUPON, the jury returned to the Courtroom

Williams - Cross                                        611

1   where the following transpired:

2

3   BY MR. BICKLEY:

4

5       Q       Trooper Williams, how did Paul Reggettz

6   act on the day of the murders, when you were with him?

7       A       Like I said before, he just seemed a

8   little nervous, and he sort of had a blank look on his

9   face.

10      Q       Did you ever say he acted normal?

11      A       Yes.

12      Q       Okay.  Now, Trooper, on the day, I

13  guess it was December 14th when he made the

14  demonstration, did he not demonstrate to you all how he

15  plunged the scissors into his wife's chest?

16      A       Yes.

17      Q       Would you demonstrate to the jury how

18  Reggettz did that?

19      A       Yes.

20      He got over to where she had been tied up to the

21  door, and he said he got the scissors and he just kind

22  of bent down and just pushed them in her chest.

23      MR. BICKLEY:  I have no further questions.

24

Williams - Cross                                             612

1                    REDIRECT EXAMINATION

2

3    BY MR. REVERCOMB:

4

5         Q        Trooper   Williams,   I   believe   you

6    testified that Trooper Smith was in the back of that

7    cruiser on the way after you left Mansfield on October

8    28, 1980 -- he was back there for some forty-five

9    minutes. How much of that time was spent discussing this

10   serious crime, the one that occurred here in West

11   Virginia?

12        A        Oh, maybe about five minutes or so.

13        Q        Was that at the beginning or the end of

14   that forty-five minutes?

15        A        At the end.

16        Q        The rest of the time he spent in the

17   back of the cruiser, was Trooper Smith talking about

18   other matters?

19        A        Yes.

20        Q        And it's your testimony that you never

21   saw Trooper Smith strike him?

22        A        That's correct.

23        MR.  BICKLEY:   Your  Honor,  he's  leading  the

24   witness.

Williams – Redirect                                    613

1          THE COURT:  Yeah.

2

3    BY MR. REVERCOMB:

4          `

5          Q        Was John Moss ever struck by anybody in

6    that car that day?

7          A        No.

8          Q        Was he ever struck?

9          A        No.

10         Q        By you or Trooper Smith?

11         A        No.

12         Q        Now, Mr. Bickley handed you a report

13   dated June 10, 1980, and which he tried to say that you

14   received an exhibit from Corporal Shumate on February 6,

15   1980.  Whose report is that?

16         A        This is Zain's report.

17         Q        That's Trooper Zain saying that he

18   received that exhibit from Corporal Shumate on February

19   6th?

20         A        Yes.

21         Q        It's not your report; is it?

22         A        No, sir.

23         Q        And that's the Exhibit 100, the

24   flatware that you got from Ms. Johnson?

1          A          Yes.

2          Q          When did you get it from her?

3          A          I got it from her on February 6, 1980.

4          Q          Who went in and got it?

5          A          Trooper Smith.

6          Q          Who did she actually give it to?

7          A          She actually gave it to Trooper Smith

8     and he gave it to me.

9          Q          What did you do with it on February 6,

10    1980?

11         A          I submitted it to Corporal Shumate in

12    the fingerprint lab.

13         Q          According   to   the   report,   Shumate

14    submitted it on to Zain; correct?

15         A          Yes.

16         Q          Mr.   Bickley,   on   cross-examination,

17    stated:   Isn't   it   true   that   Mr.   Moss   became   more

18    cooperative after you came back than he was before?

19         Was Mr. Moss ever uncooperative?

20         A          No, sir.

21         Q          He was cooperative throughout the day?

22         A          Yes.

23         Q          Now, I believe on December 14, 1979,

24    when Law Enforcement Officers went back to the house, he

Williams - Redirect                                        615

1    didn't just go in the door and start demonstrating for

2    you; did he?

3         A         No.

4         Q         He did that when he was prompted by

5    questions; didn't he?

6         A         Yes.

7         Q         Show us how you rigged your wife up?

8         A         Yes.

9         Q         Did he, just on his own, go over and

10   show you how he plunged scissors into his wife's chest?

11        A         No, sir.

12        Q         He was asked to do that; wasn't he?

13        A         Yes.

14        MR. BICKLEY:  He's leading, your Honor.

15        MR. REVERCOMB:  It's cross, Judge, on the issue

16   of demonstration that was on the subject of direct

17   examination.

18        THE COURT:  Go ahead.

19        MR. REVERCOMB:  Thank you, Judge.

20

21   BY MR. REVERCOMB:

22

23        Q         He was asked what he did to his

24   daughter; wasn't he?

Williams - Redirect                                    616

1          A          Yes.

2          Q          That's when he told you what he'd done?

3          A          Yes.

4          Q          He was asked to demonstrate how he

5     knocked his son down; wasn't he?

6          A          Yes.

7          Q          That's when he showed you what you

8     showed the jury?

9          A          Yes.

10         Q          He didn't do that on his own; did he?

11         A          No, sir.

12         Q          Paul Reggettz had seen the location

13    where the bodies were; is that right?

14         A          Yes.

15         Q          You were called to the scene on

16    December 13th, when he showed you what he had found;

17    right?

18         A          Yes.

19         Q          He told you that he had moved the

20    bodies, and took his little girl down off the door?

21         A          Yes.

22         Q          He told you that he took his little boy

23    out of the bath tub?

24         A          Yes.

Williams - Redirect                                      617

1         Q          Now, when he told you at the scene, and

2    showed you the demonstration the next morning about the

3    gun going off, you could see the bullet hole in the bed;

4    couldn't you?

5         A          Yes.

6         MR. REVERCOMB:  May I have a moment, your Honor?

7         THE COURT:  Yes.

8

9    BY MR. REVERCOMB:

10

11        Q          Mr. Bickley went into the confession of

12   John Moss and questioned you about Paul Reggettz's car

13   being there -- whether Paul was there, and suggested that

14   you had some sort of conspiracy theory.

15        On October 28, 1980 -- prior to October 28, 1980,

16   how many confessions had you gotten?

17        A          One.

18        Q          Who was it from?

19        A          Paul Reggettz.

20        Q          And after his confession -- after

21   Moss's confession in October of 1980, you took a sample

22   of his blood; correct?

23        A          That's correct.

24        Q          When was that?

Williams - Redirect                                            618

1         A              April 22, 1981.

2         Q              I believe you also testified that blood

3    had been found in that house which didn´t match the

4    Reggettz family?

5         A         Yes.

6         MR. HUFFMAN:  Objection, your Honor.  I don´t

7    think there´s any evidence to that effect.  I´m not even

8    sure he´s competent to give that kind of testimony.  I

9    don´t think that evidence is even in yet.

10        I think he testified that there were substance

11   there that he thought were blood, but I don´t think he

12   can give testimony as to who it belonged to or anything

13   of that nature.

14        THE COURT:  I´ll overrule the objection.

15

16   BY MR. REVERCOMB:

17

18        Q         What would the presence of foreign

19   blood, if it doesn´t belong to that family, what would

20   that tell you about Paul Reggettz´s confession?

21        MR. BICKLEY:  Your Honor, objection.  I don´t

22   think we´ve got any ---

23        THE COURT:  I´ll sustain that objectioN.

24        MR. REVERCOMB:  I believe that´s all I have.

Williams - Recross                                          619

RECROSS-EXAMINATION

1

2

3     BY MR. BICKLEY:

4

5          Q          Trooper Williams, is it not true that

6     there were two confessions, not one?  Is that true?

7          A          Who?

8          Q          For  Reggettz,  there  were  two

9     confessions?

10         A          Well,  he  confessed  on  the  night  of

11    December 13th and 14th, and then the next day again.

12         Q          So, it was two confessions?

13         A          Well,  the  first  time  he  confessed,  I

14    was not present.

15         Q          Okay.  But  you  are  aware  that  there

16    were two confessions?

17         A          Well ---

18         Q          At  least  a  minimum  of  two?

19         A          Yes.

20         Q          But you just testified that there was

21    one.

22         A          Well, I misunderstood.  There was two

23    from Reggettz.  He gave one orally.  Then he came to the

24    scene and he gave -- he took us through the scene.

Williams - Recross                                    620

1          Q           Okay.   Now, is it not true that John

2     Moss was having some memory problems, and after you left

3     the room, his memory improved; is that not true?   When

4     you returned?

5          A           Yes.

6          Q           Okay.     Now,   we   get   to   the

7     demonstration.

8          Mr. Revercomb indicated that you asked Reggettz

9     -- did you ask Reggettz whether he was mad at his wife

10    that morning?

11         A           Which morning are you speaking of?

12         Q           The morning of the demonstration.

13         A           Was he asked if he was mad at his

14    family?

15         Q           Yes.

16         A           I don't recall if he was or not.

17         Q           He volunteered that; didn't he?

18         A           I don't recall if he even said anything

19    about that.   Maybe it didn't even come up.

20         Q           Didn't you just testify that the reason

21    he indicated that he -- his kids were running around and

22    he was upset?

23         A           Yes, I did testify to that.

24         Q           Did you ask him if those kids were

Williams – Recross                                        621

1    running around and he was upset?

2          A          I don't recall asking him that.    He

3    could have been asked that.

4          Q          He could have been asked that?

5          A          Yes.

6          Q          Could he have been asked whether he put

7    the little boy in the bath tub?

8          A          Yes, he was asked that.

9          Q          Did you ask if he put the boy in the

10   bath tub or did he volunteer that?

11         A          We asked him what he did with the

12   little boy.

13         Q          But you didn't ask him did he put the

14   boy in the bath tub; did you?

15         A          No.

16         Q          And no one else did; did they?

17         A          Not to my knowledge.

18         Q          No one asked him if he hung the little

19   girl on the door; is that true?

20         A          Pardon?

21         Q          Did anyone ask him if the girl was hung

22   on the door?

23         A          Yes, he was asked that.

24         Q          Did he hand the girl on the door?

1           A          He said that he did.

2           Q          I understand that, but they did not

3    even know that she was hung on the door until he told

4    them so; is that a true statement?

5           A          No, sir.

6           Q          Did you know on December 13th that the

7    girl was hanging on the door?

8           A          He told us on December 13th.  He told

9    me that when he came home from work that the little girl

10   was hanging on the door.

11          Q          I understand that.  He told you.  You

12   did not know that.  You did not see her?

13          A          No, sir.

14          Q          So,   Reggettz   volunteered   that

15   information; is that correct?

16          A          Yes.

17          Q          You didn't force him to say that?

18          A          No.

19          Q          You didn't force him to demonstrate how

20   he put the scissors in his wife's chest; did you?

21          A          No, we did not force him to do that.

22          Q          But you asked him to show you?

23          A          Yes.

24          Q          And he showed you?

Williams - Recross                                                    623

1       A           Yes.

2       Q           And it was voluntary?

3       A           Yes.

4       Q           It wasn't forced?

5       A           No.

6       Q           And you didn't ask him to tell you that

7   he was mad at his wife because he kids were upsetting him

8   running around.  That was something that Reggettz told

9   you?

10          MR. REVERCOMB:  Your Honor, I object.  That's

11   been asked and answered before.

12          THE COURT:  I'll allow it.  You may answer the

13   question.

14          THE WITNESS:  Yes.

15          MR. BICKLEY:  I have no further questions.

16

17                   RE-REDIRECT EXAMINATION

18

19   BY MR. REVERCOMB

20

21       Q           One final question, Trooper Williams.

22   On December 14th, at the time of the demonstration, Dr.

23   Sopher had had a chance to look at the victim's bodies;

24   hadn't he?

Williams - Re-Redirect                              624

1           A          Yes.

2           MR. REVERCOMB:  I have nothing further.

3           MR. BICKLEY:  I have nothing further.

4           THE COURT:  May the Trooper be excused?

5           MR. REVERCOMB:  Yes, your Honor.

6           THE COURT:  Thank you.  You may step down.

7           Do you want to call your next witness, please?

8           MR. REVERCOMB:  Yes, your Honor.

9           The State would call Scott Leasure.  I need to

10    have him brought up from downstairs.

11          THE COURT:  Okay.

12          While Mr. Revercomb is getting the next witness,

13    let me get everyone up here.

14

15          WHEREUPON, a bench conference was held which was

16    off-the-record.

17

18          (Back on the Record)

19

20          MR. REVERCOMB:  Your Honor, we call Scott Leasure

21    to the stand, please.

22

23          WHEREUPON, Scott Leasure was sworn, and upon his

24    oath, deposed as follows:

Williams - Re-Redirect                                    625

1                      DIRECT EXAMINATION

2

3       BY MR. REVERCOMB:

4

5           Q          Would you please state your name,

6       please?

7           A          Scott Leasure.

8           Q          Where are you employed?

9           A          I'm employed by Wendy's, International.

10          Q          How long have you been employed by

11      Wendy's, International?

12          A          Seven years.

13          Q          Where do you currently live?

14          A          I live in Lexington, Kentucky.

15          Q          I'd you for you to recall December 13,

16      1979.

17          A          I lived at 821 Strawberry Road in St.

18      Albans, West Virginia.

19          Q          Where did you work?

20          A          I worked at A&W Root Beer on MacCorkle

21      Avenue.

22          Q          And whereabouts on MacCorkle Avenue

23      would that be?

24          A          Between the end of Kanawha Terrace,

Leasure - Direct                                                626

1  about a mile back down towards St. Albans from there.

2         Q         That would be near Fourth Avenue or

3  Fourth Street?

4         A         Yes.

5         Q         I'll call your attention more

6  specifically -- strike that.

7         What did you do at A&W Root Beer?

8         A         I started out just as an employee, and

9  about the time in December of '79, I was manager.

10        Q         I want to call your attention more

11 specifically to the date of December 13, 1979, at

12 approximately noon, or shortly thereafter, and ask you

13 if anything unusual happened?

14        A         Yeah.  I was working behind the

15 counter.  I had just gotten an order and taken it back

16 to the cook and a gentleman walked in.  He kind of looked

17 around and started to walk back out, then walked back in

18 again.  He had a dollar bill in his hand.  He laid it on

19 the counter and asked me to please call help.  He said

20 someone had killed his wife.  He asked me again, will you

21 call help, the police, or someone?

22        He started to turn around and walk back out.  He

23 took a few steps and then he turned around and told me

24 the address for them to come to, which I believe was 7027

Leasure - Direct                                                627

1    Chesapeake Avenue.

2            Q          In St. Albans.

3            A          In St. Albans.

4            Q          Could you describe his condition at the

5    time?

6            A          He was pretty upset.  He seemed like he

7    had just witnessed something traumatic.  He was pretty

8    disorganized, and didn't really know what to do or what

9    to say.  He was just kind of trying to get someone to

10   help him.

11           Like I said, when he came in, he was just looking

12   around, wondering what to do, when he asked me to please

13   help him.

14           Then, when he left, it kind of stunned me.  I

15   stood for a second and turned around and looked, and he

16   was already almost to the end of our lot, which I would

17   say is about thirty yards or something, and that's when

18   I went into the office to try to call the County

19   Sheriffs.  We had it already programmed on the telephone.

20   I tried them approximately two times, and it was busy.

21           So, I called the Operator and told her to put me

22   through to the State Police.  Then I told the State

23   Police what he had told me.

24           Q          And as he left your establishment

Leasure - Direct                                                                628

1    there, in which direction did he go?

2        A        He went towards the Kanawha Terrace

3    side of our building, which is where we had all of our

4    parking.

5        Q        Was that the said away from Route 60?

6        A        Away from Route 60.  It was straight

7    down.  We were parallel to Route 60.

8        He just went straight down toward the end of the

9    lot.  There was a street that went down there.

10       Q        You don't remember the name of that

11   street?

12       A        I didn't know it at the time.  I do

13   know that it was where his house was located.  Later on,

14   I found out that that's where his house was located.

15       Q        What's the name of that street?

16       A        I think it's Chesapeake Avenue, but I'm

17   not sure.

18       Q        You're telling me he went down toward

19   his house?

20       A        He went pretty quickly, because it was

21   just a short amount of time that I was stunned.  When I

22   turned around and looked for him, he was already down at

23   the end of the lot, headed down the road.

24       Q        Did you see him again later?

Leasure - Direct

629

1    A        Yeah.   It   took   approximately   five

2    minutes for the Police to come.  As I saw the Police

3    coming down the road, I was going to go out and I saw him

4    then back up the road, waving at the Police, to come down

5    to where he was at.

6    Q        Did you later learn who had been

7    killed?

8    A        Later that day, yes.  I learned that it

9    was his wife and two children, which I knew.  I knew

10   them, not by name or anything, but I saw them quite

11   often.

12       The two children came in just about every day,

13   usually by themselves.  The mother would be on the lot

14   or just walk them up to the end.  They would come up and

15   get penny candy or some type of treat after school,

16   because it was later in the afternoon.  They would come

17   in and get something to drink, but they came in quite

18   often, so we knew who they were.

19   Q        Had you ever seen the children, or the

20   mother and a child, be dropped off at that intersection

21   of Route 60 before?

22   A        Just about every day, the mother and

23   the daughter were let out from a blue Honda there at the

24   end of the road.  To the best of my knowledge, the boy

630

1   was never with them at that time.  It was always the

2   daughter and the mother that were let out.

3          MR. REVERCOMB:  May I have a moment, your Honor.

4          THE COURT:  Yes.

5          MR. REVERCOMB:  I have nothing further of this

6   witness.

7

8                        CROSS-EXAMINATION

9

10  BY MR. HUFFMAN:

11

12         Q       Mr. Leasure, we have one or two

13  questions for you.

14         You have a pretty good memory for dates, and

15  addresses, or would you consider yourself good?

16         A       Fairly well.  I remember all of this

17  because it was so traumatic.  It was something that had

18  never happened before.

19         Q       Did you discuss your testimony at all

20  today before coming in here to testify, with anybody from

21  the Prosecutor's office?

22         A       I had discussed briefly what I

23  remembered with him today, yes, sir.

24         MR. HUFFMAN:  I have no other questions.

631

1          MR.  REVERCOMB:   I  have  nothing  further,  your

2     Honor.

3          THE  COURT:   Thank  you,  Mr.  Leasure,  you  may  be

4     excused.

5          You  want  to  call  your  next  witness?

6          MS.  LUSK:   The  State  will  call  John  Fulks,  your

7     Honor.

8

9          WHEREUPON,  John  Fulks  was  duly  sworn,  and  upon

10     his  oath,  deposed  as  follows:

11

12                    DIRECT  EXAMINATION

13

14     BY  MS.  LUSK:

15

16          Q          Would  you  state  your  name,  please?

17          A          John  Fulks.

18          Q          Are  you  employed?

19          A          Yes.

20          Q          By  whom?

21          A          The  West  Virginia  Court  of  Claims.

22          Q          How  long  have  you  been  at  the  West

23     Virginia  Court  of  Claims?

24          A          Five  years.

Fulks - Direct
632

1    Q        Were you employed prior to that job?

2    A        Yes.

3    Q        By whom?

4    A        I worked at the Greyhound Race Track.

5    I was self-employed before that.  And I was with the West

6    Virginia Department of Public Safety for twenty-six

7    years.

8    Q        Did you retire from the Department of

9    Public Safety?

10   A        Yes, I did.

11   Q        When was that?

12   A        December of 1983.

13   Q        What was your primary responsibility

14   with the Department?

15   A        I was in charge of the photography

16   section.

17   Q        Are you a photographer yourself?

18   A        I was, yes.

19   Q        I would ask you if you were called to

20   a crime scene on Chesapeake Avenue in St. Albans on

21   December 13, 1979?

22   A        I was.

23   Q        What did you do there?

24   A        I photographed a murder scene.

Fulks - Direct                                                   633

1          Q          Do you recall whether you had the

2     opportunity to photograph the scene before the scene was

3     moved, or disturbed, rather?

4          A          Yes.

5          Q          Do you recall approximately how many

6     photographs you took?

7          A          As well as I recall, there were ninety-

8     one photographs.

9          Q          Now, have you had the opportunity

10    during the break, Mr. Fulks, to examine these ninety-one

11    photographs which are numbered State's Exhibits 1 through

12    90 and then 94, skipping numbers 91, 92 and 93, for

13    ninety-one photographs total; correct?

14         A          Okay.  Of the ninety-one, there was two

15    of those that are not there.  Those were, as I recall,

16    were photographs of the Prosecuting Attorney and the

17    Medical Examiner that was standing outside, and had

18    nothing to do with the crime scene.

19         Q          Okay.  Do you have -- do you recognize

20    the photographs you just examined?

21         A          Yes, I do.

22         Q          Are those the same photographs that you

23    took on Chesapeake Avenue in St. Albans on December 13,

24    1979?

Fulks - Direct

634

1       A       Yes.    These are enlargements of the

2   negatives that I shot on that date.

3       Q       Do these photographs truly and

4   accurately depict the scene as you viewed it on that day?

5       A       They do.

6       Q       Do you recall approximately what time

7   you photographed the scene?

8       A       I arrived at the scene at 12:45 p.m.

9       Q       Did you photograph the scene

10  immediately?

11      A       Yes.

12      MS. LUSK:  I believe that's all.

13

14              CROSS-EXAMINATION

15

16      MR. BICKLEY:  I have no questions, your Honor.

17      THE COURT:  Thank you, Mr. Fulks.  You may step

18  down.

19      Call you next witness?

20      MR. REVERCOMB:  The State will call Joe Jarrell.

21

22      WHEREUPON, Joe Jarrell, was duly sworn, upon his

23  oath, and deposed as follows:

24

635

DIRECT EXAMINATION

BY MR. REVERCOMB:

Q       Would you please state your name for the record?

A       Joe Dean Jarrell.

Q       Where are you employed?

A       United Parcel Service.

Q       How long have you been employed there?

A       Eighteen and a half years.

Q       In what capacity are you currently employed?

A       I'm a driver.

Q       How long have you been a driver?

A       About fifteen years.

Q       Prior to being a driver, what would your job description have been?

A       I was a -- I worked inside, loading trucks, washing trucks, and working on trucks.

Q       Are you acquainted with Paul Reggettz?

A       Yes, sir.

Q       How are you acquainted with him?

A       I worked with him inside for a while,

Jarrell - Direct                                        636

1    then I went to driving.  I've known Paul for a lot of

2    years.

3            Q        How long have you known Paul?

4            A        Probably eight or nine years.

5            Q        At that time, in 1979?

6            A        Right.

7            Q        In this job you describe as being a

8    driver, is that the same job that Paul Reggettz held in

9    1979?

10           A        He wasn't a driver, he was an inside

11   man and a yard man, washing trucks, parking trucks,

12   unloading trucks, anything to do with that.

13           Q        Which is what you had done before;

14   right?

15           A        Right.

16           Q        In 1979, where was the UPS yard

17   located?

18           A        In Rand.

19           Q        Where is it now?

20           A        It's in South Charleston, at the

21   Ordnance Center.

22           Q        I call your attention to December of

23   1979, and ask you -- around Christmas time, how busy

24   would you have been?

Jarrell - Direct                                    637

1          A          I was very busy.  We didn't have a free

2     minute at that time, inside or outside.  Everybody was

3     busy.

4          Q          I call your attention more specifically

5     to December 13, 1979, and ask you if late that evening

6     you became aware of something unusual happening that day?

7          A          Yeah.  One evening when I came in from

8     my route, I found that Paul's family had been murdered.

9     I believe that's ---

10         Q          Mr. Jarrell, if you would, please scoot

11    forward and speak a little louder, please.

12         Would you repeat that please?

13         A          Yes.  I came in from my route that

14    evening and found out that Paul's family had been

15    murdered.

16         Q          What shift did you work at that time?

17         A          I was working the day shift, driving.

18    I started up at 8:30 in the morning.

19         Q          Had you seen Paul Reggettz that

20    morning?

21         A          Yes, I had.

22         Q          What time would that have been,

23    approximately.

24         A          It would have been fifteen or twenty

Jarrell - Direct

638

1   minutes before I started to work -- in the lunch room.

2        Q       So, Paul was in the lunch room?

3        A       That morning, yes.

4        Q       What would Paul Reggettz have been

5   doing?

6        A       He takes his break at that time every

7   morning.

8        Q       He used that as his lunch break?

9        A       I don't know if that was his lunch

10   break.  He just took a fifteen or twenty minute break,

11   but he would be there every morning at about that time.

12        Q       Did you notice anything unusual that

13   morning about Paul Reggettz?

14        A       Not a thing.

15        Q       How long did you say that you've known

16   him?

17        A       I've known him for about eight or nine

18   years; at least eight.

19        Q       Could you describe his condition -- I

20   guess that's the last time you've seen him for a while?

21        A       Well, he was just his normal self that

22   morning.  He was sitting there having coffee with

23   everybody else at the table.  Nobody could tell that

24   anything was wrong with him.  I don't believe he knew

Jarrell - Direct

639

1    that anything was wrong at that time.

2         MR. HUFFMAN:  Your Honor, I'm going to object to

3    that.  I don't know that this witness can make that kind

4    of statement.

5         THE COURT:  You can cross-examine on that.  I'll

6    allow it.

7

8    BY MR. REVERCOMB:

9

10        Q       How   did   Paul   Reggettz   act   when

11   something was bothering him?

12        A        Well, when something was bothering him,

13   you could tell.  If somebody would say something to him,

14   he would get pretty down on his self.  He wasn't down

15   that morning.

16        Q        Pardon?

17        A        He wasn't down that morning.  You could

18   usually tell if something was bothering him.

19        Q        Is that because you've known him for so

20   long?

21        A        I've know him for a long time.

22        MR. REVERCOMB:  That's all I have, your Honor.

23

24

Jarrell - Cross

1                          CROSS-EXAMINATION

2

3        BY MR. HUFFMAN:

4

5              Q          Mr. Jarrell, what do you do now for

6        UPS?

7              A          I drive the routes.

8              Q          You drive one of these trucks like we

9        see in the TV commercials that has a sun roof in it?

10             A          Yeah, but I don´t have a sun roof.

11             Q          How long were you a car washer?

12             A          About two, two and a half years, three

13       maybe.

14             Q          For what period of time would that have

15       covered?

16             A          ´71 to about ´74.

17             Q          So you´d been driving a truck by then

18       -- since 1979, you´d been driving a truck for several

19       years; is that what you´re saying?

20             A          Yes.

21             Q          Were you driving the same kind of truck

22       then as you are now?

23             A          Yeah.

24             Q          How much money were you making when you

Jarrell - Cross                                              641

1    were a car washer?  What do they pay you for that kind

2    of job?

3          A          It was about two dollars less on an

4    hour than driving a truck.  At that time, probably twelve

5    thousand a year.

6          Q          Twelve thousand a year -- that would

7    have been in '70-what?

8          A          '72.

9          Q          Where was it that you said you saw Paul

10   Reggettz on the 13th of December?

11         A          It would have been that morning in the

12   coffee room.

13         Q          Did you sit down and talk to him?

14         A          Not personally.

15         Q          So, you didn't have a conversation with

16   him at all?

17         A          Not a conversation.  I'd always say

18   hello and he'd say hello to everybody that came in.

19         Q          Was that the extent of your

20   conversation on the 13th?  You said hello and he said

21   hello?

22         A          Yes.

23         Q          And you were able to determine from the

24   one word you said and the one word he said back whether

Jarrell - Cross

642

1    he was feeling good or bad?

2          A       Sure.

3          Q       Did he seem to be happy?

4          A       Yes, he did.

5          Q       Did he appear to be relieved of
6    anything?

7          A       Why, no.  Not in that kind of a sense.

8          Q       Do you know how much car washers or
9    inside people were making in 1979?  Would you know that?

10         A       Probably around eight or nine dollars
11   an hour, most likely.  I couldn't swear to that.

12         MR. HUFFMAN:  That's it.  No further questions,
13   Judge.

14

15                    REDIRECT EXAMINATION

16

17         MR. REVERCOMB:  I have nothing further.

18

19         THE COURT:  Thank you, Mr. Jarrell.  You may step
20   down.

21         MR. REVERCOMB:  Your Honor, this is probably
22   going to be a pretty good time to take a break.

23         THE COURT:  How much time do you want?

24         MR. REVERCOMB:  About ten minutes.

643

1        THE COURT:  Folks, we'll take about ten minutes.

2

3        WHEREUPON, the Court stood in a recess in the

4    hearing of this case.

5

6        (Back on the Record)

7

8        THE COURT:  Ladies and gentlemen, as you were

9    coming in, Mr. Estep was given the oath.  So, he has been

10   sworn.

11

12       WHEREUPON, William Estep, was duly sworn, and on

13   his oath, deposed as follows:

14

15                    DIRECT EXAMINATION

16

17   BY MR. REVERCOMB:

18

19        Q        Would you please state your name, sir?

20        A        William D. Estep.

21        Q        Where are you employed?

22        A        United Parcel Service.

23        Q        How long have you been with them?

24        A        Since 1973.

Estep - Direct

644

1    Q        Back in 1979, where were you employed?

2    A        At the Rand building, up in Rand.

3    Q        In what capacity?

4    A        As free load manager.

5    Q        Were you acquainted with one Paul
6  Reggettz?

7    A        He worked for me.

8    Q        You were his immediate supervisor?

9    A        Yes, I was.

10   Q        Would you describe what his job was?

11   A        He was responsible for movement of the
12  tractor trailers and putting them on the door for me.
13  He also washed the tractors and fueled them as they came
14  in, in preparation for going out the next morning, when
15  the drivers came in.

16   Q        Then you all worked the same shift?

17   A        Yes, we did.

18   Q        What shift was that at that time, if
19  you remember?

20   A        Usually around 2:00 in the morning
21  until around 10:00 o'clock.  I don't know whether Paul
22  may have come in a half hour before me, or something like
23  that.  But there was -- we pretty well got there at the
24  same time.

Estep - Direct

645

1  He was responsible to me.  I was his supervisor

2  or manager through the whole process.

3  Q  Let me call your attention to the early

4  morning hours of December 13, 1979, and ask you if

5  anything unusual happened to Paul Reggettz while he was

6  working -- or, I guess, not unusual, but did anything

7  happen while he was fueling the tractors?

8  A  Well, the fuel line for this building

9  is on the back side of the building, which he is

10  responsible for in the wintertime.  He has to wash the

11  tractors and, in the summertime, he would be right

12  outside that building.  There was a fuel island there.

13  He had to fuel all of the tractors.

14  That particular morning, Paul was fueling a

15  tractor, fueling two at a time, and the hose had a bubble

16  in it, which it burst and fuel oil went all over his

17  uniform.  UPS provides the uniforms.

18  Q  Did you see it happen?

19  A  Yes, I did.  At that time of the

20  morning, the hub has been over with, and we're lining up

21  -- moving these cars from the wash area, and we're having

22  to stage them for the preload.  These are the same

23  package cars you see on the street.

24  We load them.  At that time, we were loading them

Estep - Direct

646

1  at 2:30 in the morning, until the drivers came in, and

2  got out on the road at about 8:00 o'clock or 8:30.

3           Q          Now, this fuel line, or fuel line that

4  busted -- is that unusual?

5           A          It's unusual it bursting.  It's not

6  unusual to have a fuel spill.  It's like you take your

7  car to a fueling station and in the process of putting

8  it in, he was fueling two tractors -- lots of time he'll

9  fuel two tractors at the same time, or he's moving it

10  across the back of the trailer or the tractor to put it

11  in the other side.  And you'll see a fuel spill there,

12  yes.

13          Q          And this bubble inside of the fuel

14  nozzle, does that occur with wear?

15          A          It's wear.  As much as you're moving

16  that hose back and forth, climbing behind the cab of it,

17  it gets worn, and like any garden hose, you wear it

18  enough and you'll see it begin -- the fiber begins

19  splitting and you'll see a bubble appear.

20          Q          And the Christmas season at UPS, is

21  that a busy time for you?

22          A          It's our heaviest time of the year;

23  yes, sir.

24          Q          How long had Paul worked there; do you

Estep - Direct

647

1  know?

2       A       Paul was there long before I came

3  there.  I would estimate that -- I remember Paul's name

4  coming up when I started working at UPS.  When I started

5  there, that was in 1974 or '75, when I worked out of

6  Bluefield.  I don't know what date he started or anything

7  like that.

8       Q       Did you notice anything unusual about

9  him that morning?

10      A       Nothing.  Absolutely nothing.  He had

11 performed the tasks, and like I said, his job is one of

12 -- he had to be in a certain place.

13      I depended on Paul to not only wash those

14 tractors, but to have them repaired and fueled for the

15 feeder drivers to pick them up the next morning.  And we

16 had feeder drivers moving tractors out of there starting

17 at somewhere around 3:30 or 4:00 o'clock in the morning,

18 either going to Covington, Virginia, or going into north

19 of Covington.  They went to Lexington, Kentucky and into

20 Columbus, Ohio.

21      And augmented within that, Paul had to move the

22 trailers on and off the door for me.  As I emptied one,

23 he'd put another on.  And I had, at that time of year -

24 - we were having to move on and off at least three

Estep - Direct                                      648

1    different doors.  So he was required to be in those

2    positions.  At least I could count on getting him and

3    having him move those trailers.  Many times, I would move

4    one and he would put another one up.

5            Q        And you worked with him all that time?

6            A        Yes.

7            Q        And you noticed nothing unusual about

8    him?

9            A        No, nothing at all.

10           Q        Knowing Mr. Reggettz at the time, Mr.

11   Estep, if something was bothering him, would you be able

12   to tell it?

13           A        No, not any more so than, you know, I´m

14   basing everything on his job performance.  The job

15   performance he did for me that night was no different

16   than what he´d done in the years, year or so that he had

17   worked for me before that.

18           He performed with no interruptions.  I saw him

19   during the break time, in my office, or I could look

20   straight out the door to his area.  That door was open

21   and I saw movement whenever I had to talk or get on the

22   intercom and tell Paul to get me another -- get me

23   whatever load it is.  We had loads coming in on three

24   different directions.

Estep - Direct                                        649

1      He did not fail in any shape or form to perform

2  that duty.  I think probably if he was upset or if he had

3  his mind on something else, it would probably have been

4  evident.

5      Q      Because of the job he performed at the

6  time?  Timed so tightly?

7      A      Yes.

8      MR. REVERCOMB:  Thank you.  That's all I have.

9

10                    CROSS-EXAMINATION

11

12      MR. HUFFMAN:  We have no questions.

13

14      THE COURT:  Thank you, sir.  You may step down.

15  May Mr. Estep be excused?

16      MR. REVERCOMB:  Yes, your Honor.

17      THE COURT:  You may be excused.

18  Your next witness, please?

19      MS. LUSK:  Your Honor, the State calls Clarence

20  Ralph Lane.

21

22      WHEREUPON, Clarence Ralph Lane, was duly sworn,

23  and upon his oath deposed as follows:

24

650

1                                  DIRECT EXAMINATION

2

3       BY MS. LUSK:

4

5               Q            Would  you  state  your  name  for  the

6       record, please?

7               A            Clarence Ralph Lane.

8               Q            Are you employed?

9               A            Yes.

10              Q            By whom?

11              A            The West Virginia Department of Public

12      Safety.

13              Q            In what capacity?

14              A            As a tool and firearm examiner.

15              Q            Do  you  have  any  special  training  in

16      that area?

17              A            Technically,   it's   all   on-the-job

18      training.  There are no schools, as such.

19              Over eighteen years ago, I was transferred into

20      the  lab  to  work  with  and  under  the  direction  of

21      Lieutenant Langley, who was in charge.  I worked at his

22      directorship for fifteen or so years.

23              After being transferred into the lab, and working

24      with Lieutenant Langley, I had the opportunity attend

Lane - Direct
651

1   seminars at most firearms manufacturing plants in the

2   northeastern part of the United States.

3        I also worked with officers in Pennsylvania and

4   New York and Kentucky in State Police labs.

5        And I worked at the A. B. White Laboratory, which

6   is an independent laboratory -- and I worked with FBI

7   agents in D.C. and attended seminars and classes at

8   Quantico.

9        Q        And you've been working in that

10  particular field in the State Police ballistics

11  laboratory for eighteen years?

12       A        Eighteen and a half years, yes.

13       MS. LUSK: Your Honor, at this time, I would move

14  to have Lieutenant Lane qualified as an expert -- as a

15  firearm expert.

16       MR. BICKLEY:  No objection.

17       THE COURT:  Very well.

18

19  BY MS. LUSK:

20

21       Q        At this time, I would like to show you

22  State's Exhibit 104 and ask you to examine that exhibit.

23       Can you tell the jury what's contained in Exhibit

24  104?

Lane - Direct                                                    652

1      A          One fired .22 rim-fired bullet and one

2  piece of paper with tape that appears to be fingerprint

3  tape, wrapped around a white card.

4      Q          Now, you say a .22 caliber bullet?

5      A          Yes, ma´am.

6      Q          Would this .22 caliber bullet have to

7  be fired from any particular kind of firearm?

8      A          From a .22 caliber barrel.  That´s the

9  diameter or the bullet that´s been fired.

10     Q          Would it have to be a rifle bullet as

11 opposed to a handgun?

12     A          No, it wouldn´t.

13     Q          Could this bullet have been fired from

14 a .22 pistol?

15     A          It could have.

16     Q          Now, I take it, in this instance,

17 Lieutenant, you did not receive any firearm or handgun

18 to make a comparison; is that correct?

19     A          That´s right.

20     Q          Tell the jury, if you have a firearm,

21 what you can do.

22     A          You test fire the firearm into a bullet

23 recovery tank, so that you have fired bullets that came

24 through that particular rifle barrel.  Then, the test

Lane – Direct                                              653

1    fired bullet can be placed on one stage of a comparison

2    microscope and the submitted item can be placed on the

3    opposite stage, and through the optical bridge you can

4    compare tests and compare them microscopically for

5    characteristics, attempting to identify what is submitted

6    with a particular firearm.

7           Q          But you have to have a firearm in order

8    to make that firearm comparison?

9           A          To look at the characteristics, yes.

10          Q          Going back to the bullet, Lieutenant,

11   is there any particular manufacturer that this bullet is

12   consistent with?

13          A          It has a dimpled base on it, which is

14   typical of a Winchester Wesson.

15          Q          Now, contained on the scotch tape, did

16   you receive the gun powder residue?

17          A          It had partially burnt and unburnt

18   powder particles between the tape and the piece of

19   cardboard itself, actually.

20          Q          And have you examined this?

21          A          Yes, I have.

22          Q          Do you have any opinion as to what that

23   might be consistent with?

24          A          It's a powder which is typical from a

Lane - Direct                                                    654

1    Winchester manufacturer.  There is cork, ball, powder,

2    round spherical shapes.

3         Q         When did you receive Exhibit 104?

4         A         December 14, 1979.

5         Q         Did you keep it in your care, custody

6    and control until you brought it to Court?

7         A         Yes, ma´am, I did.

8         Q         During that period of time, you had it

9    in your custody, did you make any alterations or changes

10   to it?

11        A         No more than putting my case number and

12   initials on the bullet and noticing the damaged portions

13   on the white piece of cardboard.

14        MS. LUSK:   That´s all of the questions that I

15   have.

16

17                  CROSS-EXAMINATION

18

19   BY MR. HUFFMAN:

20

21        Q         Mr.  Lane,  if  I  understand  your

22   testimony correctly, you identified the Exhibit 104 as

23   a .22 caliber bullet; is that correct?

24        A         A .22 rim-fired long rifle, yes, sir.

Lane - Cross                                                    655

1        Q        You're not able to identify whether or

2   not that was fired from a .22 caliber pistol or rifle;

3   is that correct?

4        A        Not unless I had a firearm to compare

5   with it.

6        Q        Which you didn't have?

7        A        That's right.

8        MR. HUFFMAN:  I have no further questions.

9        MS. LUSK:  That's all I have.

10       THE COURT:  May Mr. Lane be excused?

11       MS. LUSK:  Yes.

12       THE COURT:  Thank you, Mr. Lane.  You may be

13   excused.

14       Are you finished?

15       MS. LUSK:  Yes.

16       THE COURT:  Folks, we're a bit ahead of schedule

17   and we're going to break.  We've run out of witnesses to

18   call.  We're going to take a recess.

19       Again, I noticed in this morning's paper, an

20   article about the case, with photographs involved.  I am

21   confident that you've followed my instructions and didn't

22   read it.

23       Please -- we've had a television camera here the

24   whole day.  Just ignore that and go about your business

656

1    and don't read, listen to or watch any news coverage of

2    the case.   Also, I'll remind you again, please don't

3    discuss the case among yourselves or with other persons.

4           With that, I'll excuse you.   If you'll come back

5    tomorrow morning at 9:00 o'clock, we'll get started very

6    shortly after that.

7

8           WHEREUPON, the Court stood in a recess in the

9    hearing of this case.

STATE OF WEST VIRGINIA,

COUNTY OF KANAWHA, to-wit:

I, Connie L. Cooke, Official Reporter for the Circuit Court of Kanawha County, do hereby certify that the foregoing is a true and correct transcript of the proceedings had and reported in the matter of the State of West Virginia versus John Moss, Jr., aka John Moss, III, upon action number 82-F-221, as stated in the caption hereto, had on the 18th day of April, 1990, during the May 1990 Term of said Court, as reported by me and transcribed into the English language.

I hereby certify that the transcript within meets the requirements of the Code of the State of West Virginia, 51-7-4, and all rules pertaining thereto as promulgated by the Supreme Court of Appeals.

Given under my hand this 13th day of July, 1990.

*Connie L. Cooke*
Official Reporter

1    IN THE CIRCUIT COURT OF KANAWHA COUNTY, WEST VIRGINIA

2

3

4    STATE OF WEST VIRGINIA

5

6    vs.
                                   Action No. 82-F-221
7

8    JOHN MOSS, JR., aka JOHN MOSS, III

9

10         BEFORE:  Hon. A. Andrew MacQueen, Judge

11

12
                              Day 4
13

14

15
                           APPEARANCES
16

17         For the State:  Neva Lusk and Stephen Revercomb,

18    Assistant Prosecuting Attorneys for Kanawha County.

19         For the Defendant:  The Defendant, in person, and

20    by Nelson R. Bickley, Timothy N. Huffman, and Cathy

21    Beckett, his counsel.

22

23
                              Connie L. Cooke
24
                              Official Reporter

FILED

JAN 23 1990

ANCIL G. RAMEY, CLERK

-4-

570

2

1          WITNESSES FOR THE PLAINTIFF

2

3
                                   D      X     RD    RX
4    1)  Trooper Terry Williams    425   590    612   619

5    2)  Scott Leasure             625   630

6    3)  John Fulks                631

7    4)  Joe Dean Jarrell          635   640

8    5)  William D. Estep          643

9    6)  Lt. Clarence Ralph Lane   650   654

10   7)  Paul Reggettz             661   735    762   764

11   8)  Trooper Robert R. Custer  767   779    781

12   9)  Sgt. R. L. Presson        782   796    798

13   10) Irvin R. Sopher, M.D.     799   864    865
14   11) Paul Fortson              870

15   12) Arbutus Johnson Pomeroy   896   903    905

16   13) Michael D. Smith (In Camera)  907   913

17   14) John Moss (In Camera)     917   919    914

18   15) Michael Don Smith         931   978

19   16) Charles E. Pettry, Jr.    997  1004   1009

20   17) Lt. David H. Shumate      1021  1045

21   18) Fred S. Zain              1048  1053

22                          and    1065  1125   1135  1137

23

24

3

1                          WITNESSES FOR DEFENDANT

2

3                                              D      X     RD     RX

4

5      1)   Alexander Fortson                1164   1173

6      2)   Willie James Moss               1179   1187   1191   1192

7      3)   John Moss, Jr.                  1193

8      4)   John C. Wideman                 1202   1204

9      5)   Trooper Howard Woodyard         1208   1222   1233   1234

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

659

1          BE IT REMEMBERED, that on Thursday, the 19th day

2     of April, 1990, during the May 1990 Term of said Court,

3     in the matter of the State of West Virginia versus John

4     Moss, Jr., aka John Moss, III, as stated in the caption

5     hereto, the following transpired:

6

7          THE COURT:  Welcome back.  Is the State ready to

8     call your next witness?

9          MR. BICKLEY:  May we approach the bench, your

10    Honor?

11         THE COURT:  Sure.

12

13         WHEREUPON, a bench conference was held, where the

14    following transpire:

15

16         MR. BICKLEY:  I object to the State's request for

17    Paul to be a Court's witness.  I think he is their

18    witness.  They put him on their witness list.

19         THE COURT:  And they should not be allowed to use

20    him?  Now, if he turns out to be hostile, they can call

21    him a hostile witness.

22         The first time there wasn't any sweat about it

23    because he was still a possible subject of indictment.

24    Did they ever charge him?

1          MS. LUSK:  No.

2          THE COURT:  I don´t think you can truly lead him

3     unless he starts to get a little reluctant or forgetful.

4     Otherwise, examine him like he´s yours.

5          MS. LUSK:  That´s fine.

6          Judge, I just wanted counsel for the defendant to

7     know that yesterday, when we were going through all of

8     those photographs, there was one photograph of Vanessa

9     which was taken about a month before she died.  I told

10    him this morning that what I´d like to do is to show that

11    photograph to Mr. Reggettz and have him identify it and

12    lay a foundation for what it depicts.  I do not intend

13    to show it to the jury at this time or move it into

14    evidence, but I would like to have a foundation laid in

15    case we want to use it later.

16         MR. BICKLEY:  I can object at that time.

17         THE COURT:  Sure.

18         MR. BICKLEY:  Okay.  If I can object at that

19    time.

20         MS. LUSK:  We´re not going to read him his

21    rights.

22         THE COURT:  If you don´t think it´s necessary

23    ---

24         WHEREUPON, the bench conference was concluded.

661

1          (Back on the Record)

2

3          MS. LUSK:   The State of West Virginia calls Paul

4     Reggettz.

5

6          WHEREUPON, Paul Reggettz was duly sworn, upon his

7     oath, and deposed as follows:

8

9                    DIRECT EXAMINATION

10

11   BY MS. LUSK:

12

13          Q          Would you state your name, please?

14          A          Paul Reggettz, III.

15          Q          Are you employed?

16          A          Part-time now; that´s all, if you can

17   call it that.  I´m working for a place that just uses me

18   whenever they need me.

19          Q          How old are you?

20          A          I´m 46.

21          Q          Are you married?

22          A          Yes, I am.

23          Q          Was this your first wife?

24          A          Second.

Reggettz - Direct                                              662

1          Q          When was your first marriage?

2          A          1971.

3          Q          What was your wife's name?

4          A          Vanessa.

5          Q          What's her middle name?

6          A          It's Dale.

7          Q          What's her maiden name?

8          A          Terry.

9          Q          Did you have any children by that
10    marriage?

11         A          Yes, ma'am, we had two.

12         Q          What are their names?

13         A          Paul Eric and Bernadette Lynn.

14         Q          In 1979, how old were those children?

15         A          Paul Eric was 7, and Bernadette was 4.

16         Q          In 1979, were you employed?

17         A          Yes, ma'am.

18         Q          By whom?

19         A          United Parcel Service.

20         Q          What did you do?

21         A          Washed trucks, spotted trailers, I
22    parked trailers, packaged cars, washed trucks and fueled
23    them.

24         Q          Did you work a regular shift?

Reggettz - Direct                                                663

1     A          Yes, ma'am.

2     Q          What shift was that?

3     A          I worked from 2:30 in the morning until

4     11:30, before noon that morning.

5     Q          What time did you have to leave the

6     house to get to work on time?

7     A          I would leave a little bit before 2:00

8     o'clock.  I liked to get there early so I could drink

9     coffee before I started work.

10    Q          Where did you live at the time?

11    A          I lived on Chesapeake Avenue, I believe

12    it's called, down in St. Albans.

13    Q          About how long did it take you to get

14    to work?

15    A          If I'd leave about ten til, I'd get up

16    there probably fifteen, twenty after.

17    Q          Where was the UPS property that you

18    worked at?

19    A          It was in Rand, West Virginia.

20    Q          Now, in order to leave for work at a

21    quarter until two in the morning, or ten til two, how did

22    you sleep?

23    A          Well, I didn't sleep good at night, so

24    I had got in the habit of taking a nap in the afternoon.

Reggettz - Direct                                              664

1      When, like I'd come in, I'd take a nap that afternoon,

2      then get back up.  Then I'd try to lay down and sleep a

3      little bit at night too.

4              Q        What time did you usually arrive home?

5              A        Well, I got off at 11:30, so it was

6      12:00, 12:30, depending on whether I stopped anywhere on

7      the way home.

8              Q        What time did you usually nap?

9              A        Well, we had got into where we was

10     watching soap operas and stuff, so it was probably 3:00,

11     3:30 in the afternoon.   Maybe I'd take a nap, or

12     something like that.  I'd lay down on the couch and take

13     a nap.

14             Q        How long would you sleep?

15             A        A couple of hours.   Not very long.

16     That was usually the best hours I'd sleep, was what I got

17     in the afternoon.

18             Q        When did you usually sleep at night?

19     What time did you go to bed?

20             A        I'd try to get in bed at 9:00 or 10:00,

21     something like that.  But I usually would lay awake for

22     an hour, hour and a half.  I didn't sleep good at night.

23     Like I said, the nap was usually the best sleep I got

24     during the week.

Reggettz - Direct                                                665

1        Q         What time did you have to get up in
2    order to go to work?
3        A         I got up around 1:00 o'clock so I could
4    start getting dressed.  And I'd talk to Vanessa and drink
5    coffee with her, and smoke and stuff, before I'd leave.
6        Q         So, you slept a couple of hours in the
7    afternoon, and maybe three or four in the night?
8        A         Whatever I could get, yeah.  I didn't
9    get much sleep.  Like I say, my best rest was really in
10   the afternoon.  At night, I didn't sleep that good.  I
11   couldn't hardly get back to sleep at night.
12       Q         Did your children have a regular bed
13   time?
14       A         I don't remember what time she would
15   put them to bed.  I know Paul Eric was going to school
16   and she would always try to get him to bed at a decent
17   hour, because she was really the kind of mother that made
18   sure that Paul Eric would be able to go to school, and
19   everything.
20       Q         Do you recall if their bed time was as
21   early as 7:30 or as late as 9:00 or 9:30?
22       A         I don't remember, but I doubt very
23   seriously if it was later than 9:00 o'clock at night
24   during school nights.

1          Q          Your job at UPS, Mr. Reggettz --

2     approximately how much money did you make when you were

3     there?

4          A          The last year I worked, I think I drew

5     somewhere in the neighborhood of about thirteen thousand

6     dollars, somewhere around that.  I don't remember

7     exactly.  I know it was the best year I'd ever worked,

8     because each year in contracts and things, we'd get a

9     cost of living raise, and you know, hourly raises.

10          It got up to where I was making eight dollars and

11     something an hour.

12          Q          Did you own a car at the time?

13          A          Yes, ma'am.  A Honda.

14          Q          Was that the car you used to drive to

15     work?

16          A          Yes, ma'am.

17          Q          Did you owe money on it?

18          A          Yes, ma'am.  Yes, I did.  But I got it

19     paid off.  I don't remember exactly when I got it paid

20     off, but I do remember the woman telling me it was time

21     to buy another one when I got that one paid off.

22          Q          The house you lived in was in St.

23     Albans on Chesapeake Avenue -- did you own that house?

24          A          No, ma'am.

Reggettz - Direct                                                667

1        Q        Who owned it?

2        A        People named Fortsons, lived next door.

3        Q        Prior to living in that house, where

4    did you live?

5        A        In a motel, Gene's Motel.

6        Q        How long did you live there?

7        A        I don't know.  Quite a while.  We had

8    moved out of a place we used to live in.  I don't

9    remember -- it might have been Lee Street, I don't

10   remember the address, but we moved down in the motel to

11   get out of the other place.  The guy kept raising the

12   rent and stuff on us, and I just wasn't happy there.

13            So, the best we could do -- we didn't have the

14   money to move into anything else.  So, the best we could

15   do at the time -- Mr. Moss let us move into the motel and

16   we stayed down there for a while.

17       Q        You don't mean Gene Moss?

18       A        Yeah, Gene and Leona Moss.

19       Q        On the date of December the 12th, 1979,

20   Mr. Reggettz, did you work?

21       A        Yes, ma'am.

22       Q        Did you go to work at the regular time?

23       A        Yes, ma'am.

24       Q        Do you recall coming home that day?

Reggettz - Direct                                          668

1      A       You mean the 12th?

2      Q       Un-huh.

3      A       It was just routine.  The only thing I

4    remember about that particular day is we went to the

5    laundry mat.  I was with Bernadette.  I remember that.

6    My life during the week was just a routine.  I didn't put

7    a lot stuff in, it was just routine.

8           I do remember going to the laundry mat and me

9    going to the K-Mart with Bernadette.  That's the main

10   thing that sticks out on that day.

11     Q       Did Vanessa go to the laundry mat?

12     A       Yes, ma'am.

13     Q       Was Paul Eric in school?

14     A       Yeah.  The only one I remember being

15   with that day is Bernadette at K-Mart.  So, evidently,

16   Paul Eric was in school.

17     Q       Do you remember whether you got your

18   afternoon nap that day?

19     A       I don't remember.  I doubt it because

20   of the laundry mat.

21     Q       Do you remember eating dinner?

22     A       Just vaguely.  I remember the kids

23   eating more than I remember myself eating.

24     Q       What did they eat?

Reggettz - Direct                                          669

1    A        The best I remember, they ate -- we had

2    a glass bar over here on the wall.  I can remember them

3    sitting there and eating; that's what I remember.

4    Q        What room was that bar in?

5    A        It's what we call the TV room.

6    Q        Do you remember what you ate for

7    dinner?

8    A        The only one thing I remember is fish

9    sticks; that's about it.  There was more than that, but

10   I don't know what it was.

11   Q        Did the children, in fact, eat their

12   dinner?

13   A        I vaguely remember them eating.  I

14   never really paid any attention.  I don't remember.  I

15   obviously don't know.  I just remember ---

16   Q        Did they have an argument about dinner?

17   A        I don't remember any argument about

18   dinner.

19   Q        Do you remember whether the children

20   went to bed?

21   A        Well, what I remember the most about

22   that was Paul Eric was skipping or something across the

23   room and Vanessa said, "Now, that's enough of that."  And

24   I believe she told him to get back in bed.  That's about

Reggettz - Direct                                              670

1    all I remember about that night.

2          Q        Do you have any idea what time that

3    was?

4          A        I have no idea.  It was just after

5    dinner time, some time.  Around 7:30 maybe, that night.

6          Q        Did you read the newspaper that

7    evening?

8          A        I don't remember.  The only thing I

9    remember about that night was we were supposed to go to

10   ˙K-Mart the next day.

11         Q        You made plans to go to K-Mart?

12         A        Yes.

13         Q        What was your plan?

14         A        Well, I had -- we saw a watch in a K-

15   Mart ad, and I think it was an eight dollar watch.  I

16   remember I wanted that watch, and I was trying to play

17   like I didn't really want it and Vanessa said, "Well, if

18   you don't get it, then I'll get it for you," which is

19   really what I wanted.  But I was pretending like I didn't

20   want it anyway.

21         We made plans to go down the next day and get

22   that watch.

23         Q        Let me hand you what's been marked as

24   State's Exhibit 84, and ask you if that's the K-Mart ad

Reggettz - Direct                                              671

1    there on the couch in the TV room?

2         A         Yes, ma'am, it is.

3         Q         Now, what was your plan with regard to

4    going to K-Mart the next day?

5         A         I told Vanessa to have Bernadette ready

6    when I got off work and I would pick her up and we would

7    go down to K-Mart.

8         Q         Where were you going to pick her up?

9         A         She was supposed to meet me out on

10   Route 60.

11        Q         Up by the A&W?

12        A         Well, across the street from where you

13   drove down to my house.

14        Q         Across Route 60?

15        A         Yeah, across Route 60.  I told them to

16   be on the side of the road I'd be coming down on.

17        Q         Did you do a lot of shopping at K-Mart?

18        A         Quite a bit.

19        Q         Anywhere else?

20        A         Heck's.  Usually, it was either Heck's

21   or K-Mart.

22        Q         Was there a particular Heck's or K-Mart

23   that you frequented?

24        A         Our favorite K-Mart was the one in St.

Reggettz - Direct                                            672

1    Albans.  Our favorite Heck's was the one that used to be

2    -- I don't know what -- it's not really in St. Albans,

3    I think it's a clothing place now.  I don't know what the

4    name of it is.

5              Q         Was that K-Mart and that Heck's the

6    only K-Mart and Heck's you shopped at?

7              A         Oh, no, no, no.  We used to go -- we

8    went to Heck's in Huntington.   We used to go to the K-

9    Mart at Patrick Street.  I don't know if we ever went to

10   the one in Kanawha City or not, but the main one was the

11   one in St. Albans.  That was our favorite.

12             Q         Did you go to bed on the night of

13   December 12, 1979?

14             A         Yes, ma'am.

15             Q         Where was Vanessa?

16             A         To the best of my memory, she was in

17   the TV room.  I don't remember.  I just remember, you

18   know, that ---

19             Q         Was she in bed?

20             A         No, no.  She didn't go to bed while I

21   did.

22             Q         When did she go to bed?

23             A         Well, she would stay up until I got up.

24   Once she got me off to work, then she would go to bed.

Reggettz - Direct                                        673

1          Q          What time did you get up?

2          A          That night -- something til one, or

3     around one, I don't remember exactly.  My usual time, she

4     hollered at me.  I remember her hollering.

5          When I say holler, it wasn't a shout or anything.

6     She'd just say, "Paul, it's time to get up."  And I would

7     get up.

8          Q          Did you ever on work nights -- did you

9     ever wait for the alarm clock?

10         A          No.

11         Q          Vanessa got you up?

12         A          Yeah, every night.

13         Q          What did you do after you got up?

14         A          I would change clothes, put my work

15    clothes on.  Like, at night, I have to wear long johns

16    and stuff because it was cold.  I'd get dressed, then

17    usually, I would go in and sit with Vanessa and smoke and

18    drink coffee and talk to her.  We'd watch TV before I'd

19    leave.

20         Q          Did you watch TV that night?

21         A          Yes, ma'am.

22         Q          What did you watch?

23         A          One show in particular I remember, was

24    a segment of a show called Baretta, about a detective

Reggettz - Direct                                                   674

1    that used to have a parrot and carried the parrot around

2    with him.

3         Q        Do you remember the story line?

4         A        The main thing I remember about the

5    story was, there was a man loose in this city, wherever

6    it was at, that had some kind of a rare germ or something

7    like that, and they were trying to catch him, to keep him

8    from spreading this germ to the population.  That's what

9    I remember about the story that night.

10        Q        During the time you were watching TV in

11   the TV room, did you drink coffee?

12        A        Yes, ma'am.

13        Q        Did Vanessa drink coffee?

14        A        Yes, ma'am.

15        Q        I think you said earlier that you

16   smoked?

17        A        Yeah.

18        Q        What did you smoke?

19        A        A pipe.

20        Q        What did you eat at UPS generally --

21   take-out food or did you buy food there?

22        A        Occasionally, I would go out, but most

23   of the time Vanessa would pack my lunch.

24        Q        Did you pack your lunch that night?

Reggettz - Direct                                              675

1          A          Yeah.   She would fix -- I had a coffee

2     jug and she would get ready sandwiches or whatever I took

3     in my lunch.

4          Q          You took a thermos full of coffee?

5          A          Un-huh.

6          Q          Did you take a thermos-full of coffee

7     that night?

8          A          Yeah.

9          Q          Who made that coffee?

10         A          She did.

11         Q          What time did you leave for work?

12         A          It was something til two.

13         Q          Do you remember leaving the house?

14         A          I remember walking through the house

15    and opening the door -- I can't remember if I opened the

16    door or she opened the door, but it was raining out

17    there.   I do remember it raining.

18         She said, "Aw, you're going to get soaked

19    tonight."   And I said, "It's all right.   After a while

20    you get used to it."   She said, "You're going to get

21    soaked tonight."   And I said, "You get used to it."

22    That's the very last thing I said to her.

23         All I remember is being in the car and looking

24    back at the house and seeing the door close.   I didn't

Reggettz - Direct                                              676

1    see her but I saw the door.

2         Q         Is that the last time you saw your wife

3    alive?

4         A         Yes, ma'am.

5         Q         When you left to go to work that

6    morning, what was the condition of your children?

7         A         They were asleep.

8         Q         Now, you drove to work?

9         A         Yes, ma'am.

10        Q         When you went to work, Mr. Reggettz,

11   how did they know that -- how much to pay you for?  Did

12   you keep a time card?

13        A         Yes, ma'am.

14        Q         Let me hand you what has been marked as

15   State's Exhibit No. 98, and ask you if you recognize

16   that?

17        A         Yes, ma'am, I do.

18        Q         Does that reflect that you clocked in

19   at UPS on December the 13th of 1979?

20        A         Yes, ma'am.

21        Q         What time does it say that you clocked

22   in?

23        A         It's two-thirty.

24        Q         Now what does two-thirty mean on this

Reggettz - Direct                                                677

1    time card?

2           A           That's what -- well, two-twenty-five,

3    I think, is fifteen after; so, it's sixteen or seventeen

4    after two.

5           Q           Was this clock on one-hundredths of an

6    hour or by the minute?

7           A           Well, the way I had to clock on the

8    thing was by looking at the clock.  I couldn't go by

9    these numbers at all.  That was usually the only way I

10   could tell.  Like two-twenty-five, I knew, was fifteen

11   after.  I don't know what you call it -- if you call it

12   hundredths -- but I couldn't tell.  I couldn't read the

13   clock.

14          Q           Would two-fifty on the clock be really

15   two-thirty?

16          A           Yeah.  That's what it would have been.

17          Q           What time does that say?

18          A           Two-thirty.

19          Q           So, that would was some time after two-

20   fifteen?

21          A           That was after two-fifteen.

22          Q           But before two-thirty?

23          A           Yeah.

24          Q           Does it reflect whether you took a

Reggettz - Direct                                          678

1    lunch break that day?

2         A          Yeah.  Yes, ma´am.

3         Q          What time was that?

4         A          Seven-eighty-eight.

5         Q          What does that mean?

6         A          Something til eight.

7         Q          Just a few minutes til eight?

8         A          Yeah.

9         Q          Seven-seventy-five would be ---

10        A          Fifteen til.

11        Q          Fifteen til eight?

12        A          Yeah.

13        Q          This was seven-eighty-eight?

14        A          Yes, ma´am.

15        Q          Did you have to clock back in after

16   your lunch break?

17        A          Yes, ma´am.

18        Q          Did it reflect that?

19        A          Yes.

20        Q          What time was that?

21        A          Seven-eighty-five.

22        Q          What does that translate to?

23        A          Again, that´s something til eight --

24   or, no ---

Reggettz - Direct                                           679

1          Q          Something til nine?

2          A          Something til nine, yeah.  Yeah, it's

3    from something til eight until something til nine, yeah.

4    Eight-eighty-five would be -- oh, maybe ten til nine, or

5    something like that.

6          Q          During the lunch break, did you leave

7    the premises?

8          A          No, ma'am.

9          Q          Did you clock out that day?

10         A          Yes, ma'am.

11         Q          What time was that?

12         A          It was eleven-fifty-two.  I know what

13   that is, it's eleven-thirty-one by a regular clock --

14   that fifty-two is.

15         Q          So, you clocked out that morning at

16   eleven-thirty-one?

17         A          In the morning, yeah.

18         Q          That's the time your shift generally

19   ended?

20         A          Yes, ma'am.

21         Q          At eleven-thirty a.m.  Do you remember

22   anything unusual occurring at work that evening or that

23   morning?

24         A          Yeah.  A diesel hose busted, was one

Reggettz - Direct                                          680

1    thing I remember in particular.    I had to fuel --

2    occasionally I had to fuel gasoline trucks, but most of

3    them were diesel.   They were diesel tractors, and I had

4    to, you know, fill them and check the oil on them and

5    wash them.

6           That night, one of the hoses got a knot in it and

7    busted.    It soaked my gloves with diesel fuel and

8    splashed it down the front of me.   And I tried to get the

9    mechanic to fix it, but he didn't have time or something.

10   I think I took a knife or something and cut the hose off.

11   What I was having to do from there on until I left that

12   morning was to stick the hose in, turn it on, then go

13   back and shut it off.   That's the way I had to fuel.

14   Each side, I was having to do that.

15          Q        Did you change your clothes?

16          A        I think I changed my outer clothes, but

17   I didn't change -- I still had my long johns on.    I

18   didn't change those.   I remember throwing some clothes

19   down there in the pile, but I had changed.   I had some

20   more clean uniforms there.

21          Q        What was the work like at UPS at that

22   time of year?

23          A        Very hectic.

24          Q        Was it a busy season?

Reggettz - Direct                                              681

1          A          Yes.  It was our busiest.

2          Q          Right before Christmas?

3          A          Yes, ma'am.

4          Q          What did you do before you got off work

5    at 11:30?

6          A          I started home, and on the way at home,

7    I stopped at -- I don't know what they called the

8    stations then, but now it's SuperAmerica.  I stopped and

9    filled the tank up on my car, and talked to a friend of

10   mine, a fellow that I knew who was working there at the

11   time.

12         Q          What is his name?

13         A          Mike Adams.  I stopped and talked to

14   him a few minutes, then went on down the road.

15         Q          Did you find Vanessa and Bernadette

16   waiting for you across Route 60?

17         A          No, ma'am.

18         Q          What did you do?

19         A          Well, I -- it was just sprinkling that

20   morning, and I thought that was why they weren't there

21   is because of the rain.  So, I had been on the outside

22   lane as I was going down the road.  And when I saw that

23   they weren't there, I wanted to turn to the inside lane.

24              I turned to go down the street where my house is,

Reggettz - Direct                                           682

1    down to where my house was.

2         Q         What did you do then?

3         A         I pulled up.  The road was straight

4    toward the house.  Then I made a left, and turned this

5    way (Indicating), which went in front of Fortson's house,

6    and then their driveway.  I just pulled up there and got

7    out of the car.

8         Q         Did you park in their driveway?

9         A         It was close to their driveway.  It

10   wasn't in front of his exactly.  They could have got by.

11   I was blocking their driveway because I was only going

12   to be there a minute.  Just long enough to get Vanessa.

13        Q         Where did you generally park?

14        A         Down in front of their house, there is

15   a little dirt road there, down where I turned in, there

16   is a little offset, just a little offset.

17        Q         A pull-off area?

18        A         Yeah.  And I drove in there somewhere

19   where I wouldn't block their driveway, in case somebody

20   else came in there and wanted to park.

21        Q         So, this morning, you got out with the

22   car blocked in their driveway?

23        A         Yeah.  They couldn't have got in there

24   where I was sitting at.

Reggettz - Direct

683

1      Q      Did you turn the car off?

2      A      No, ma´am, I left it running.

3      Q      Why was that?

4      A      Because I just planned on running in

5  the house and getting Vanessa and going on to K-Mart.

6      Q      What did you do?

7      A      I don´t remember what all I had. I had

8  a thermos bottle. I had my arms full of something, I do

9  remember that. But I went up to the front door, because

10  I had my hands and arms wrapped around whatever I was

11  carrying. Instead of knocking, I kicked it with my foot.

12  I tapped the door with my foot.

13      Q      The front door?

14      A      Yes, ma´am.

15      Q      Did anyone answer?

16      A      No.

17      Q      What did you do?

18      A      I tapped on the door three different

19  times and nobody answered, so I went -- jumped off the

20  porch and went around to go to the -- in the back door.

21      Q      What did you do at the back door?

22      A      I did the same thing. I pushed with my

23  foot.

24      Q      Did it come open easily?

Reggettz - Direct                                             684

1       A          Yes, ma'am.  It just swung open.

2       Q          Then, what did you do?

3       A          I looked down at the floor and there

4    was a white sheet, like a sheet, laying on the floor with

5    three or four spoons laying on it.

6       Q          Who took that sheet down?

7       A          I don't know.

8       Q          You don't know where it came from?

9       A          Well, I knew that during that season,

10   we were shutting off some of the rooms to save heat and

11   stuff, and I assumed it was one of the ones that she'd

12   had put up at the doorway, or something.  I don't know

13   for sure that's where it came from.  I just remember

14   seeing a sheet laying there with spoons laying on it.

15      Q          What was the next thing you saw?

16      A          My wife's legs.

17      Q          Where were they?

18      A          When you come through the back door

19   from the kitchen, if you raised up, you looked into the

20   TV room, and my wife's legs were laying in view of the

21   doorway of the TV room.

22      Q          What did you notice about her legs?

23      A          How white they were.

24      Q          Then what did you do?

Reggettz - Direct                                          685

1          A          I ran in to where she was at and
2    stooped over her and looked at her.  I remember picking
3    her arm up -- getting hold of her arm.  And I let go of
4    her arm and her arm just fell back.
5          Q          Did you notice any cords?
6          A          No, ma´am.
7          Q          Did you realize that she was dead at
8    that time?
9          A          I think I realized, yeah, that she was
10   dead.
11         Q          Did there come a later time when you
12   noticed the cords?
13         A          Yes, ma´am.
14         Q          When was that?
15         A          When I came back to the house from the
16   A&W.
17         Q          What about the scissors?
18         A          I didn´t notice that the first time.
19   I don´t remember seeing them at all until the next time
20   I was back in the house.
21         Q          When you came back in the house, did
22   you try to get her moved?
23         A          I tried.  I couldn´t do it.  I tried,
24   yes.

Reggettz - Direct                                              686

1          Q          After you touched your wife, what did
2     you do?
3          A          The first thing that came into my mind
4     was I need to get some help.  So, I jumped up and turned
5     around from where I was at and where she was at and run
6     into the front door.
7          Q          What happened?
8          A          Well, I was in the process of opening
9     the front door when out of the corner of my eye, I saw
10    my little girl hanging on the door facing.
11         Q          What did you do?
12         A          I reached and got my arm around my
13    little girl and raised her right up off the cords that
14    was wrapped around her.  I pulled the cords down off the
15    door and laid her down.
16         Q          Do you know how the cord was wrapped
17    around the door?
18         A          I just remember it being looped around
19    the door two or three times over the corner of the door,
20    and the door had been pulled to, to where it would hold
21    the cords, hold her on the door.
22         Q          And the cord was around her neck?
23         A          Yeah, yeah.
24         Q          What did you do when you took her down?

Reggettz - Direct                                                  687

1        A          I laid her on the floor.

2        Q          Then, what did you do?

3        A          I went to the door -- back to the door

4    and went out to the A&W.

5        Q          How did you get there?

6        A          I ran.

7        Q          What did you do when you arrived?

8        A          Well, I walked into the A&W and I just

9    stood there -- I couldn't say anything.  I just stood

10   there in front of those people and couldn't say a word.

11   I just stood there.  I don't know what those people

12   thought.  I just couldn't say anything.

13       Q          Then, what?

14       A          Well, it came into my mind that I was

15   wasting a lot of time standing there.  I need to do

16   something.

17            So, at that time, there was a County Sheriff's

18   Office up the road there and I thought about going up

19   there.  I started back out the door to do that.  About

20   the time I got out of the door, it came into my mind that

21   I was, you know, just wasting time.  Something had to be

22   done now.  So, I went back in, threw a dollar down on the

23   counter there, and told the man to call the Police, that

24   somebody had murdered my wife.

Reggettz - Direct                                              688

1       Q       Then, what?

2       A       I went back to the house.

3       Q       Did you tell them your address?

4       A       I don't remember telling them anything.

5   Just to call the Police, was all I remember.

6       Q       You ran back up to your house?

7       A       Yes, ma'am.

8       Q       Which door did you go in?

9       A       The front door, back up the steps and

10  in the front door.

11      Q       Then, what did you do?

12      A       I picked Bernadette up off the floor

13  and laid her on the bed.

14      Q       Why?

15      A       I couldn't stand the thought of her

16  laying on the floor.

17      Q       Then what?

18      A       I looked back at my wife and I think

19  that's when I first saw the scissors.  I'm not sure, but

20  I remember seeing the scissors.  And I went back to her

21  -- and the cord -- it looked like somebody had tried to

22  hang her on the door.  It just didn't make sense, because

23  where the door knob was and the way she was laying, I

24  couldn't understand why -- why there was cords around her

Reggettz - Direct                                          689

1   neck and through the hole in the door.  I couldn't

2   understand that.

3          I tried to pull the cord back through the door.

4          Q          Through the hole?

5          A          Yeah, through the hole where the door

6   knob had been, and there was the end of the cord where

7   you plug stuff in.  I couldn't get it back through the

8   door.

9          Q          Was it an extension cord?

10         A          Yes, ma'am.

11         Q          Then, what did you do?

12         A          I have to back up a minute.  I just

13  remembered -- no, that wasn't -- I have to back up on

14  that one.

15         When I first came back in the house, I'm sorry

16  -- when I first came back in the house, it came into my

17  mind that there might still be somebody in the house, and

18  that's when I went back through the house to look and see

19  if there was anybody still in the house, and that's when

20  I found my son.

21         I found my son laying face down in the bath tub.

22         Q          Do you remember if there was water in

23  the bath tub?

24         A          No, I don't remember any water at all

Reggettz - Direct                                                    690

1    in the bath tub.

2         Q         Do you remember whether he was wet?

3         A         No, ma´am, I don´t remember him being

4    wet.

5         Q         Do you remember whether he was cold?

6         A         No, ma´am.

7         Q         Do you remember feeling any sensation

8    at all when you picked your son up?

9         A         No.  I remember that he was stiff-like,

10   like he was tense.  That´s all I remember about that.

11        Q         What did you do with your son, Mr.

12   Reggettz?

13        A         I turned around and went back into the

14   room where my wife was laying, and I laid him on the bed.

15        Q         Was he tied up?

16        A         Yes, ma´am.

17        Q         How was he tied?

18        A         There was a cord wrapped around his

19   wrists.  His wrists were crossed in the back and bound

20   in back like this (Indicating), and the cords were

21   wrapped around his wrists.  Somehow they came down.  I

22   saw the cord come down like this and then crossed and was

23   wrapped around his wrists.

24        Q         When you saw the cord come down like

Reggettz - Direct                                              691

1    this (Indicating), you mean it came down his back?

2        A        Yes, ma'am.

3        Q        And crossed?

4        A        Yes, ma'am.

5        Q        Above his hands?

6        A        Yes, ma'am, above his hands.

7        Q        What did you do with the cords?

8        A        I tried to untie it.

9        Q        Were you able to do that?

10       A        No, ma'am.

11       Q        Why?

12       A        It was tied too tight.  I couldn't get

13   it loose.  I never saw a cord tied like that before --

14   it's like they tried to cut his wrists off.  That's how

15   tight the cord was tied.

16       Q        What did you do after you put him on

17   the bed?

18       A        I went back to my wife.  And that was

19   the time when I tried to get her loose, to get the cord

20   loose.

21            And after I gave up on that effort, I turned

22   around and looked at my boy, and I don't remember how I

23   laid the boy on the bed, but I turned back to look at him

24   and his eyes were just barely opened.  And I thought,

Reggettz - Direct

1    well, maybe he was still alive.

2         And I don't know CPR or any of that kind of

3    stuff, but I turned my boy over and tried to push on his

4    back, which I'm sure was a very futile effort at that

5    time.  It was all I knew to do at the time.  And I tried,

6    but nothing happened.

7         Q    How many times would you say that you

8    pushed on his back?

9         A    Three or four times.

10        Q    Did you realize that he was dead, Mr.

11   Reggettz?

12        A    Yeah.  I knew that what I was doing was

13   useless.

14        Q    When you left for work that morning,

15   were the dresser drawers in your house pulled out?

16        A    I don't remember them being pulled out,

17   no.  The dishes -- I don't think the dishes had been done

18   up in the kitchen, but other than that, I don't remember

19   the house being messed up at all.  Just other than, like

20   I said, my bed.  My bed wasn't messed up that bad -- it's

21   just where I got out of it and laid my clothes -- I

22   usually slept in a pair of jeans, because it was cold in

23   that room.  I'd lay my jeans over the chair.  My room

24   would have been as junked up as any in the house just

Reggettz - Direct                                      693

1    from where I'd got up out of bed.

2         Q      Were your bed linens on the floor?

3         A      No, ma'am.

4         Q      Was there blood on the floor?

5         A      No, ma'am.

6         Q      Had the trunk in your room been

7    emptied?

8         A      No, ma'am.

9         Q      Was there blood on the bed?

10        A      No, ma'am.

11        Q      Was there a broken knife on the floor?

12        A      No, ma'am.

13        Q      Was there blood on the kitchen sink?

14        A      No, ma'am.

15        Q      Was there a sheet in the kitchen floor?

16        A      No, ma'am.

17        Q      Had your Christmas presents been

18   opened?

19        A      No, ma'am.

20        Q      After you tried to untie your wife,

21   what did you do after you tried to arouse Paul Eric?

22        A      I went out the back of the house, down

23   to the road.

24        Q      Then, what happened?

Reggettz - Direct                                              694

1          A          About the time I got to the end of the

2     road, I saw who I come to know as Terry Williams, turning

3     in, and I turned and ran back to the house again.

4          Q          At some point, had you turned the car

5     off?

6          A          Oh, yes, ma´am.

7          Q          Do you remember when that was?

8          A          No, I don´t.

9          Q          Did you talk to Terry Williams up at

10    the intersection?

11         A          No.  The only thing I remember Terry

12    Williams saying to me was, don´t go back in the house.

13    Stay out of the house, or something to that effect.

14         That´s the only thing I remember him saying to me

15    at all, and that was up in the yard.

16         Q          When you were at the A&W, at the

17    intersection of Route 60, did you have a conversation

18    with anyone who was still in a cruiser?

19         A          No.  I don´t remember talking to him up

20    there.

21         Q          After you saw Trooper Williams up there

22    at the A&W, how did he get to your house?

23         A          Well, I don´t remember seeing him at

24    the A&W.  I was just at the end of the street and I saw

Reggettz - Direct                                      695

1    him turn -- turning in, and I just waved like that and

2    ran back to the house.

3          Q        So, you ran back to the house and he

4    drove in his car?

5          A        Yeah.

6          Q        What happened when you got to the

7    house?

8          A        He came up through the yard and told me

9    not to go back into the house.

10         Q        Do you remember going back in the house

11   with him at all?

12         A        No.

13         Q        Do you remember all of the details of

14   what you did and saw at the house?

15         A        No.

16         Q        Why is that?

17         A        I don't know.

18         Q        Did the Police begin to arrive at your

19   house?

20         A        Yes, ma'am.  The next man I remember

21   seeing was a fellow that came to be known to me as

22   Woodyard.

23         Q        Of the West Virginia State Police?

24         A        Yes.

Reggettz - Direct                                                696

1        Q        Did there come a time when you come to

2    be at their headquarters at South Charleston?

3        A        Yes, ma'am.

4        Q        Who did you go with, if you recall?

5        A        Woodyard.  He asked me would I mind

6    going up to Company B to help them, and I said, "No, I

7    don't mind at all."

8        Q        How did you get to Company B?

9        A        He took me in his patrol car.

10       Q        What was his attitude?

11       A        Just real nice, under the situation, he

12   was real respectful of me; as nice as could be.

13       Q        Did you go to Company B?

14       A        Yes, ma'am.

15       Q        Did you tell them what had happened in

16   your house?  What you'd found?

17       A        Yeah.

18       Q        Did there come a time when Woodyard

19   advised you of your rights?

20       A        The only thing I remember is I signed

21   some papers.  He give me some papers during the period

22   and I don't even know what all -- what it was.

23           He said he'd like to look at my car and look at

24   my house, and what else I signed, I don't know.

Reggettz - Direct                                              697

1        Oh, and I think there was one about -- I'm not

2   sure, but I think there was one about questioning me, if

3   I would sign a paper willing to talk with him, or

4   something to that effect.

5        Q        And did you talk to them?

6        A        Yes.

7        Q        Did there come a time when you felt

8   their attitude changed?

9        A        Oh, yes, ma'am.

10       Q        Do you have any idea how long you had

11  been at the detachment when that occurred?

12       A        It was late that night that they had

13  been real nice to me.   They had given me coffee and

14  cigarettes, and late that night, they started acting just

15  the opposite of what they'd been acting up until that

16  time.

17       Q        What did they start doing?

18       A        Well, I don't know if it was Woodyard,

19  but one of them said, "Your wife was dead before 12:00

20  o'clock," or something like that.   They told me a set

21  time and said that the man who does autopsies or whatever

22  it is said that the time that was set for your wife's

23  death was before 12:00 o'clock, or something to that

24  effect -- just something about her being dead before

Reggettz - Direct                                          698

1    12:00 o'clock.

2         I said, "Man, that's impossible, it's impossible.

3    I left there at something until two in the morning.   I

4    got up at 1:00 o'clock, and left at something til two,

5    and there was nothing wrong with her.     That's

6    impossible."

7         And they just, like I said, their attitude toward

8    me entirely changed then.   And then they started -- as

9    time went on, they started insinuating that -- like I'm

10   saying, that floored me.

11        The first thing that floored me was them saying

12   that she was dead, trying to say that she was dead before

13   I ever left the house.   And I told them that was

14   impossible.   There's no way that could have been.    And

15   then they started insinuating that I had done it.    And

16   I just, man, I could not believe this.   I said, "Hey,

17   you're wrong, buddy.   I didn't have anything to do with

18   this.   I don't understand this.   I don't understand why

19   you're saying this to me now.   I didn't do this."

20        And that, like I say -- once the attitude

21   changed, it never got any better.

22        Q         Did you talk to different troopers up

23   at the detachment?

24        A         Yeah, yes, ma'am.

Reggettz - Direct                                      699

1        Q        Who did you talk to first?

2        A        Woodyard.

3        Q        Did there come a time when the Police

4   took your clothing?

5        A        Yes, ma'am.

6        Q        What articles of your clothing did they

7   take?

8        A        They took my boots.  I can't remember

9   if they got my socks.  They got my pants.  They took my

10  long johns.  About all I remember the next morning having

11  on was a T-shirt.  I'm not sure about my underwear and

12  a pair of blue jeans.

13       Q        Where had the blue jeans come from?

14       A        Out of the back of my car.

15       Q        Do you remember talking to Trooper

16  Smith?

17       A        Yes, ma'am.

18       Q        Do you remember what time of the day it

19  was?

20       A        It seemed to me like it was in the

21  afternoon of that day.

22       Q        Did he ask you any questions?

23       A        I wouldn't call it asking questions.

24  He fired the questions at me.  It was more what I would

Reggettz - Direct

1    call firing questions than asking questions.

2         Q         You thought he was accusing you?

3         MR. HUFFMAN:   Your Honor, I'm going to object.

4    I think we're getting to the point where we're getting

5    into some leading questions -- leading a hostile witness.

6         THE COURT:   I'll sustain the objection.

7

8    BY MS. LUSK:

9

10        Q         What kind of attitude did Trooper Smith

11   have?

12        A         Very nasty.

13        Q         How long was he with you?

14        A         I just remember sitting in a chair next

15   to Woodyard and talking to him, and the guy -- of course,

16   it didn't know it was Smith until later -- was firing

17   questions at me.  And before I could answer the question,

18   one would ask me something else.  And I went through a

19   period of that.  I don't know how long it was before I

20   could get one of the questions answered, before one would

21   ask me something else.

22        Q         And then -- I'm sorry.

23        A         I was just going to say, before I could

24   get finished with one thing, they'd say that wasn't what

Reggettz - Direct                                          701

1    you said a minute ago, or that wasn't what you said

2    earlier.

3          Q          Did Dr. Sopher talk with you?

4          A          Yes, ma'am.

5          Q          What was his attitude?

6          A          He was hostile, as I recall.  He didn't

7    act -- he was hostile.  He didn't act very nice to me at

8    all.  He looked at my pants and legs.  He rolled up my

9    pants and looked at my legs.

10         Q          Did he look at any other parts of your

11   body?

12         A          Yes, ma'am.  He looked at my hands and

13   my wrists.

14         Q          Did you have any injuries on your hands

15   or wrists or legs?

16         A          No, ma'am.

17         Q          How long were you at the State Police

18   Detachment?

19         A          For some time in the afternoon, until

20   10:00 or 11:00 o'clock the next morning.  In other words,

21   the morning I found them, they took me up there that

22   afternoon.  I was up there all that evening, all that

23   night, until the next morning.

24         Q          When was the last time that you had

Reggettz - Direct                                              702

1   slept?

2        A        The early morning of the 13th.

3        Q        Did there come a time when you

4   confessed to killing your family?

5        A        Yes, ma´am.

6        Q        Why?

7        A        I was afraid of those people -- the

8   State Police.

9        Q        Was there anything in particular that

10  made you afraid?

11       A        Oh, yes.  Several things.

12       Q        What happened immediately prior to your

13  confession?

14       A        I was sitting -- I had spent a long

15  time in this chair there, talking to Trooper Woodyard and

16  two men came down to the bottom of the stairs and came

17  through the doorway and they told Mr. Woodyard, "Let us

18  have him.  We´ll take care of him," or something to that

19  effect.  I just remember them saying, "Let us have him.

20  We´ll take care of him."

21       Q        What did you do?

22       A        Well, nothing happened right then.

23  Woodyard must have said something to them, and they left.

24       Q        Was either one of those two people

Reggettz – Direct                                                    703

1   Smith?

2         A        No.

3         Q        Go ahead.

4         A        And Mr. Woodyard said, you've got five

5   minutes to confess to this, or I'm going to let those men

6   have you.

7         Q        What did you do?

8         A        I said, "Man, I don't want to do this."

9         Q        Do what?

10        A        Tell him I'd killed my family when I

11  knew I hadn't.

12        Q        Did you remember what you told them?

13        A        No, ma'am.  I just -- I finally did

14  say, "All right.  All right, I'll ---."  He said, "I'm

15  going to give you five minutes," and I don't know if this

16  was during that time, but he said, "I'm going to get up

17  and I'm going to walk out that door, and I'm going to let

18  those men have you."  And I said -- uh, uh -- I don't

19  know what I said.

20        I just -- I just didn't know what to do.  I

21  actually did not know what to do, and uh, some time after

22  five minutes, I said, "Just don't let those people hurt

23  me.  I'll do whatever you want."

24        Q        What did you do?

Reggettz - Direct                                                704

1        A          I confessed to killing my family.

2        Q          Was it true?

3        A          No, ma'am, it was not.

4        Q          Did you tell them that your kids had

5   been acting up right after supper, wrestling right after

6   supper?

7        A          Yes, ma'am.

8        Q          Was that true?

9        A          No.  Other than what I said about him

10  skipping across the floor, that was the only thing that

11  he actually did, if you call that acting up.

12       MR. BICKLEY:  Your Honor, she's leading.

13       THE COURT:  Let's see.  Go ahead.

14

15  BY MS. LUSK:

16

17       Q          Did you tell them you became annoyed

18  with your family and children and your wife?

19       MR. BICKLEY:  Your Honor, she's leading.

20       THE COURT:  Won't you step up here just a second.

21

22       WHEREUPON, a bench conference was held, where the

23  following transpired:

24

Reggettz - Direct                                    705

1           THE COURT:  These questions are verbatim from his

2     statement; are they not?

3           MR.  BICKLEY:    Yes,  sir,  but  she  can  ask  a

4     question like, "What did you tell him?"

5           He hadn't said he didn't remember.

6           THE COURT:  Yeah.

7           MS. LUSK:  He said he couldn't remember exactly

8     what he told them, Judge.

9           THE COURT:  I'm going to allow it, so long as the

10    questions  are  specifically  confined  to  the  statement.

11    I think that's a legitimate examination.  I don't think

12    it's illegal.

13          MS. LUSK:  Thank you, Judge.

14                                        .

15          WHEREUPON, the bench conference was concluded.

16

17          (Back on the Record)

18

19    BY MS. LUSK:

20

21          Q          Did you tell the Police at that time

22    that  your  kids  had  been  romping  around  and  that  you

23    became annoyed?

24          A          Yes, ma'am.

Reggettz - Direct                                706

1        Q         Was that true?

2        A         Other than just what I told you about

3    him skipping across the room, that's the only acting up

4    that I remember.

5             Bernadette was running with him.  If you call

6    that acting up.  Vanessa told them to quit and go to bed

7    and that was the end of it.

8        Q         Did you tell them that you began to

9    argue with your wife about making the children mind?

10       A         Yes, ma'am.

11       Q         And that your wife began spanking the

12   children?

13       A         I don't remember telling them that.

14       Q         Did your wife spank the children too

15   rough?

16       A         No, ma'am, she did not.

17       Q         Did she spank the children at all?

18       A         No.

19       Q         Did you tell them that your argument

20   with your wife became worse?

21       A         Oh, yes.  That's what I told them.

22       Q         Had you argued with your wife?

23       A         No, I hadn't.

24       Q         Did you tell them that your wife said

Reggettz - Direct                                                707

1   she was going to go get a gun?

2          A          Yes, ma´am.

3          Q          Did your wife go get that gun?

4          A          No, she did not.

5          Q          Did you tell them that you scuffled and

6   grabbed the gun from her?

7          A          I don´t remember telling them that.

8          Q          Did you tell them that you felt the gun

9   hitting something?

10         A          I remember I told them that I thought

11  it was the door facing.

12         Q          Why did you tell them that you thought

13  you heard it hit the door facing?

14         A          Because I didn´t want to say I hit my

15  wife with a gun when I didn´t.

16         Q          Did you tell them that you picked your

17  wife up and carried her into the children´s bed room?

18         A          Yes, I did.

19         Q          Had you done that?

20         A          No, I did not.

21         Q          Did you tell the Police that you

22  thought you saw your wife starting to move and that you

23  had grabbed a cord and put it around her neck?

24         A          Yes, I told them that?

Reggettz – Direct                                              708

1      Q        Did you do that?

2      A        No, I did not.

3      Q        Did you tell the Police that you became

4   afraid that she might come in and continue to fight with

5   you?

6      A        Yes, I did.

7      Q        Was that true?

8      A        No, it was not.

9      Q        Did you tell the Police that your

10  children were screaming and trying to help their mother?

11     A        Yes, I did.

12     Q        Was that true?

13     A        No, it was not.

14     Q        Did you tell them that you grabbed Paul

15  Eric and put him on the floor and put your knee on his

16  back and grabbed a radio cord?

17     A        I don´t remember saying I grabbed a

18  radio cord.  I think I told them that I put him down and

19  put my knee on his back.

20     Q        Did you tell them that you tied the

21  cord around his neck?

22     A        I don´t remember telling them that.  I

23  remember telling them that I grabbed him and put him on

24  the floor.  I don´t remember the rest of that.

Reggettz - Direct                                            709

1      Q            Did you tell them that you put him in

2  the bath tub?

3      A            I don't know.  I don't remember.

4      Q            Did you tell them that your son was

5  calling, "Don't, daddy?"

6      A            I think I told them one of the kids

7  was, but I don't know which one it was.

8      Q            Had they asked you a question about

9  whether the children were saying anything?

10     A            Oh, yes.  They asked me what were the

11  kids doing?

12     Q            So, your answer was in response to

13  their question?

14     A            Well, he said, "What were your kids

15  doing?  Were they hollering or saying anything or doing

16  anything?"

17     Q            This information, Mr. Reggettz, about

18  your wife being tied with a cord and your son being in

19  the bath tub, were those acts that you viewed at your

20  house?

21     A            Yes.  I saw that.

22     Q            Did you tell the Police that you tied

23  Bernadette up and hung her on the door?

24     A            I don't remember telling them that.

Reggettz - Direct                                    710

1          Q          Did you tell them that you put a pair

2    of scissors into your wife's body?

3          A          Yeah, I remember telling them that.

4          Q          Was that true?

5          A          No, it wasn't. No, it isn't.

6          Q          Did you tell them that you laid down

7    after your family was dead and went to sleep?

8          A          I don't remember telling them that? I

9    vaguely remember something to that effect, but I can't

10   tell you if I did or not. I really don't know.

11         Q          Did you tell them you watched TV when

12   you got up?

13         A          I told them about the show about

14   Baretta. I don't know if I told them that in confession

15   or not. I remember telling them that I had watched

16   television.

17         Q          Did you tell them that you took the

18   rifle out of your house?

19         A          Yes, ma'am.

20         Q          Do you remember what you did tell them

21   that you did with that rifle?

22         A          Yes, ma'am.

23         Q          What did you tell them you did?

24         A          I told them that I throwed it in the

Reggettz - Direct                                    711

1   Kanawha River.

2        Q        Why did you tell them that?

3        A        Well, first, I started to tell them

4   that I had thrown it out on the interstate.  And I

5   thought, well, if I tell them that, they are going to go

6   up there real quick and find out that that is not true.

7   And then they'll start on me again.

8            So, I said, no, I can't tell them that.  I have

9   to tell them something to get them off my back for a

10  while.  That was the best thing I could think of -- was

11  to tell them -- it came into my mind where I had crossed

12  the river going to work.  So, I told them I stopped on

13  the bridge, and threw it in the river.

14       Q        Did you tell them you pulled the sheet

15  down off the door in the kitchen to try to make it look

16  like a burglary in your house?

17       A        I don't remember saying that.

18       Q        Did you do that?

19       A        No, I did not.

20       Q        Did you tell the Police that you left

21  for work at about thirteen minutes until two?

22       A        Yeah, I did tell them that.

23       Q        Is that the truth?

24       A        That's the truth.

Reggettz - Direct                                          712

1        Q        Did you tell them that you felt free?

2        A        Yes, I did.

3        Q        Was that the truth?

4        A        No.

5        Q        Did you tell them you felt good at

6    work?

7        A        Yeah.

8        Q        Was that the truth?

9        A        Yeah.  I didn't feel bad at work.

10       Q        Did you tell them after work that you

11   went back to the house, looked at the bodies and took

12   down your daughter?

13       A        Ma'am, I want to tell you something.

14   I want to tell you one thing that did happen down there.

15   After they died that morning, and I realized they had

16   died, I felt like a great weight had been took off of me,

17   in a responsible way, responsibility, is what I mean.

18       Now, that thought -- it's not what had happened,

19   it's just a thought that came into my mind, that a great

20   responsibility had been come off of me.    And that

21   feeling passed.  Then, the worst feeling I've ever felt

22   in my life came over me, of a great loss.  I had a

23   thought of the free -- you're talking about the feeling

24   of free -- the sudden weight went off of me, and as it

Reggettz - Direct                                               713

1   went off, the thought of it, I felt a great dread, the

2   most horrible feeling I felt inside of me that I have

3   ever felt in my life.  I've never felt anything like it

4   before or since.

5          Q       When did that happen?

6          A       As I ran back out of the house to go up

7   at the A&W the first time that I went out there.  The

8   thought came into my mind, "I'm free.  The responsibility

9   is gone."  And as that passed out of sight, something

10  inside me died.

11         I felt like I'd died.  I felt like I died inside.

12         Q       That was on your way back, after you

13  had seen your wife and daughter?

14         A       That was as I went out to the A&W.  I

15  went running down the hill, and felt like something

16  inside of me had died.  I died inside.

17         Q       Did you tell the Police that you put

18  your boy in the bath tub because he liked to swim?

19         A       Yes, I did.

20         Q       Did you tell them that you put your

21  daughter up because she liked to swing?

22         A       Yes, I did.

23         Q       Why?

24         A       Well, I'm a coward.  All my life, I've

Reggettz - Direct                                    714

1    tried to act tough, and all it was, was a big charade

2    that I put on.   I never was what I tried to pretend I

3    was.   And I was such a coward to own up and say that I

4    knew in my heart that I hadn´t done.   That was the best

5    I could come up with, and this is what I was thinking to

6    myself.   I wasn´t man enough to stand up and say, "No,

7    I´m not going to confess to something I didn´t do."

8         So, the next best thing I came up with -- anybody

9    that would do that to three people would have to be

10   crazy. You know, this is crazy.   Only crazy people would

11   kill three people like that.

12        So, I said, I´ll give them something to make them

13   think that I´m crazy, and that´s the best I could come

14   up with.   I thought, "I´ll tell them something that is

15   really screwy, crazy."   And that, to me, is crazy.

16        Q       Do you remember approximately what time

17   it was in the day or night that you told the Police these

18   things?

19        A       Late at night.

20        Q       Late at night?

21        A       Late at night.

22        Q       After you told them these things, did

23   they write it up and ask you to look at it?

24        A       I remember this man writing, but he

Reggettz - Direct                                          715

1    didn't ask me to look at it.

2          Q          You never read what he wrote?

3          A          No.

4          Q          Were you ever asked to sign anything to

5    acknowledge that those things were true?

6          A          No, ma'am.

7          Q          Was your confession tape recorded or

8    taken down by a secretary?

9          A          No, ma'am.

10         Q          Did you give them a reason why you

11   weren't showing much emotion?

12         A          I don't know what I told them, but I

13   didn't feel any emotion at all.  I don't remember feeling

14   anything.

15         Q          Did you, some time later?

16         A          Later in jail, yeah, but not right

17   then.

18         Q          How long was it?

19         A          Some time the first thirty days I was

20   in jail, the realization of what had happened to me, what

21   had happened to my family -- I started really thinking

22   on it, what had happened.

23         Q          After the statement was taken, did you

24   go back down to your house?

Reggettz - Direct                                          716

1        A        Yes, ma'am.

2        Q        How did you get there?

3        A        With some -- I believe Mr. Roark and

4    some of the Troopers took me back to the house.

5        Q        Were you asked to demonstrate your

6    confession?

7        A        Yes, ma'am.

8        Q        What did the Police ask you to

9    demonstrate?

10       A        Well, the only thing I remember in

11   particular was, they told me that Vanessa had been

12   carried from the front room.  When I say front bed room,

13   to the back bed room, and dropped on the floor.

14       They said, "Show us how you did that."  So, I

15   pretended like I had picked her up from the front bed

16   room and dropped her on the floor in the back bed room.

17       Q        Is there anything else you pretended?

18       A        I think they asked me to show them how

19   I put my arm around her, but I'm not sure.  I believe

20   they asked me to show them how I placed Paul Eric in the

21   bath tub.

22       Q        Did they ask you to demonstrate

23   anything with regard to your daughter?

24       A        The best I can remember, they asked me

Reggettz - Direct                                                   717

1    to show how I hung her on the door.

2           Q          Did you do what they asked?

3           A          Yes, I did.

4           Q          After you made these statements, were

5    you arrested for murdering your family?

6           A          Yes, I was.

7           Q          Did you go to jail?

8           A          Yes, I did.

9           Q          Do you know approximately what time of

10   day that was?

11          A          That was around noon, I think.  Then,

12   they placed me in the County Jail.

13          Q          Almost   a   full   day   since   you'd

14   discovered the family?

15          A          Yes.

16          Q          Had you had any sleep in that period of

17   time?

18          A          No, I had not.

19          Q          Had you had anything to eat?

20          A          During the night, he offered to give me

21   something else to eat, but I didn't eat very much of it

22   because I didn't feel like it.

23          Q          Were you later released from the jail?

24          A          Yes, ma'am.

Reggettz - Direct                                             718

1    Q        Was that after October 28, 1980?

2    A        I don't remember the exact date.   I

3    think it was in November, it seems like.   It was almost

4    eleven months.

5    Q        Now, you earlier said, Mr. Reggettz,

6    that you described yourself as a coward?

7    A        Yes, ma'am.

8    Q        Do you like to fight?

9    A        No.

10   Q        Did you fight with your wife?

11   A        I fussed with my wife, not fight with

12   my wife.  The difference is, I would do a lot of talking,

13   but no physical part of it.

14   Usually, in arguments I had with my wife I would

15   pick at her or fuss with her about something, and she'd

16   get mad and then I would want to quit fighting.

17   Q        You would want to quit at that point?

18   A        Yeah.   That's when I wanted to quit.

19   Q        Do you have a phobia about debt?

20   A        I don't like for there to be a debt at

21   all, but I realize that there is some things you have to

22   be in debt for, but I don't like to be in debt for

23   anything, if I can help it.

24   Q        In 1979, were you making car payments?

Reggettz - Direct                                         719

1        A        Yeah.   I know that I, of course, was

2   making the payments as quick as I could to get my car

3   paid off.

4        Q        In other words, you were making more

5   than your once a month payments?

6        A        Oh, yes, I was paying them as quick as

7   I could.

8        Q        Did you have any other debts at that

9   time?

10       A        I don't know when, but I had cosigned

11  for a loan for my brother-in-law and he had reneged on

12  it.   He made two or three payments or something and

13  reneged on it, and I was having to pay that off.

14       Q        Mr. Reggettz, let me hand you what has

15  been marked for identification purposes as State's

16  Exhibit 127, and ask you if you recognize that?

17       A        Yes, that's a clock radio.

18       Q        Does it belong to you?

19       A        Un-huh, it did.

20       Q        Was the cord missing from it when you

21  last saw it?

22       A        No, it was not.

23       Q        Where was this clock radio plugged in?

24       A        I don't know where it was plugged.   It

Reggettz - Direct                                        720

1    was sitting at the foot of the bed where she slept with

2    the kids, toward the wall in the bath room.

3          Q          Was this the clock radio that she used

4    as an alarm?

5          A          Yes, ma'am.

6          Q          Were there any other alarm clocks in

7    your home?

8          A          I had a small one, just a small wind

9    type alarm.

10         Q          Is that the one that we can see in your

11   bed room?

12         A          Yeah.  It set on a little, like a night

13   stand next to my bed.

14         Q          Did you keep it wound up and accurate?

15         A          No.  About the only time I used it was

16   on weekends, if I wanted to get up early on a weekend.

17         Q          Let me hand you what has been marked

18   for identification purposes as State's Exhibit 158, and

19   ask you if you recognize that item?

20         A          It's a pair of scissors that we used at

21   the house.

22         Q          Were these used for any particular

23   purpose?

24         A          Vanessa would use them to cut Paul

Reggettz – Direct                                    721

1    Eric's hair and I would use them to trim my mustache.

2            Q        Where were they usually kept?

3            A        I usually used them in the bath room.

4    I don't know what particular place she kept them.  I

5    usually used them in the bath room in front of the

6    mirror.

7            Q        Did you own any guns?

8            A        Yes, ma'am.

9            Q        Did you own any guns that didn't work?

10           A        Yes, ma'am.

11           Q        How many?

12           A        I had two antique guns, and I had two

13   barrels, two antique barrels.  They didn't have the whole

14   works, just the barrel parts of them.

15           Q        What kind of antique guns were they?

16           A        Civil War muskets.

17           Q        Did you like the Civil War?

18           A        Yeah.

19           Q        Did you study the Civil War?

20           A        Yeah.

21           Q        Did you collect other items from that

22   period?

23           A        Yes, ma'am.

24           Q        What type of items did you collect?

Reggettz - Direct                                                     722

1        A        I had artillery ammunition, bullets,

2   just different objects that soldiers used, some caps and

3   things.

4        Q        Did you have any firearms in your home

5   that were operational?

6        A        Yes.

7        Q        What did you have?

8        A        I had what looked like an old Colt

9   pistol, like an old Western pistol, a six-shooter.

10       Q        What caliber was it?

11       A        .22, and I had a .22 rifle.

12       Q        Let me hand you what has been marked as

13  State's Exhibit 123, and ask you if you recognize these

14  items?

15       A        Yes, ma'am.  That's the butt part of my

16  pistol.

17       Q        The .22 pistol that you were just

18  speaking of?

19       A        Yes, ma'am.

20       Q        Did you say you had any other

21  operational weapons?

22       A        Yeah, I had a .22 rifle.

23       Q        Do you know what brand it was?

24       A        Glenfield, I think, I'm not sure.

Reggettz - Direct                                          723

1    Marlin Glenfield, or something like that.

2           Q        Let me hand you what has been marked as

3    State´s Exhibit 109, and ask you if you recognize this

4    item?

5           A        No, I don´t, ma´am.

6           Q        Did you have kitchen curtains of this

7    type?

8           A        I don´t remember what kind of curtains

9    she put up.  I just know that she had curtains in the

10   kitchen.  That´s all I know.  We had white curtains.

11          Q        Let me ask you to look at Exhibit 105,

12   Mr.  Reggettz,  and  ask  you  if  you  recognize  this

13   (Indicating)?

14          A        No, ma´am.  It´s something like a

15   vacuum cleaner that we had down there that belonged to

16   Fortson´s.  I can´t say for sure.

17          Q        Did you own a vacuum cleaner?

18          A        No, ma´am, we did not.

19          Q        Who did you say owned it?

20          A        Fortson´s, the people that owned the

21   house.

22          Q        Did you own a camera?

23          A        Yes, ma´am, I did.

24          Q        Do you remember what type it was?

Reggettz - Direct                                    724

1          A          A Kodak.  I think it's like a Polaroid,

2     but it's a Kodak Instant camera.

3          Q          Let me hand you Exhibits 102 and 119,

4     and ask you to examine these two exhibits.

5          Is this the type of camera that you had?

6          A          Yes, ma'am.

7          Q          Can you tell the difference between

8     these two cameras?

9          A          Yes, ma'am.

10         Q          What difference is there?

11         A          Mine was in excellent condition.  For

12    one thing, the handle on mine was there and that one's

13    gone.  That one has a name on it.  The only name mine had

14    on it was not a name, it was on this part here -- there

15    are three little slots that you put your initials and I

16    had put VET there on the back.

17         There's nothing on this one, but the one I had I

18    had put VET on it.  And mine was in excellent condition.

19    It was a new camera.  I hadn't had it that long.

20         Q          Does this appear that there have been

21    initials on the back of it?

22         A          Yes, it does.

23         Q          Why do you say that?

24         A          Because you can see where it's not

Reggettz - Direct                                    725

1    smooth.

2          MR. BICKLEY:  Your Honor, I object to that type

3    of identification.

4          THE COURT:  I´ll allow it.

5

6    BY MS. LUSK:

7

8          Q      Does this appear to be your camera, Mr.

9    Reggettz?

10         A      Yes, it does.

11         Q      This one has a name on it, you said?

12         A      I saw something.

13         Q      Was the last name Moss?

14         A      Yes.

15         Q      Did you take family photographs with

16   this camera, Mr. Reggettz, this Exhibit 102?

17         A      Yes, ma´am.

18         Q      At this time, I want to hand you

19   Exhibit 162.

20         Can you identify that photograph?

21         A      Yes, ma´am, that´s a picture of me.

22         Q      When is that dated?

23         A      November 5, 1979.

24         Q      Was that photograph taken with this

Reggettz - Direct                                          726

1    handle camera?

2         A         Yes, ma´am.

3         Q         Let me hand you Exhibits 163, 164, 165

4    and 166.

5         Can you identify those?

6         A         Yes, ma´am.

7         Q         What are they?

8         A         Battlefield scenes from Virginia.

9         Q         Who took those pictures?

10        A         I did.

11        Q         With this handle camera?

12        A         Yes, ma´am.

13        Q         Now, these are smaller than those, this

14   photograph of you.  Why is that?

15        A         For two reasons:  I´m not sure, I think

16   the quality -- oh, I was thinking it was a different kind

17   of film.   The reason why is I have an album and I have

18   to cut them to put them into the album.

19        In my albums, I don´t like that stuff that is

20   left around the pictures.  I like them -- in the albums,

21   I like to cut them off.

22        Q         You mean the border?

23        A         Yeah.  I cut that off, especially the

24   bottom part.

Reggettz - Direct                                    727

1      Q          Let me hand you Exhibit 159.   Whose

2   photograph is that?

3      A          That's my wife.

4      Q          Your wife, Vanessa?

5      A          Yes, ma'am.

6      Q          Is that photograph a true and accurate

7   picture of her?

8      A          Yes, it is.

9      Q          Is it dated?

10      A          Yes, it is.

11      Q          Does the photograph accurately depict

12   the condition of her complexion?

13      A          Yes, it does.

14      Q          Did you tell the Police that you had a

15   handle camera?

16      A          No, I didn't.  I don't remember that.

17      Q          Did you know that it was missing?

18      A          No, I didn't.

19      Q          When you went back into your house

20   after you were released from the jail in November, did

21   you take your belongings out of that home?

22      A          Yes, I did.

23      Q          Was your handle camera there?

24      A          No, it wasn't.

Reggettz - Direct                                      728

1      Q        Did you once belong to a motorcycle

2  gang, Mr. Reggettz?

3      A        I guess you could call it that.

4      Q        Did you have a name for the group?

5      A        Yes, ma'am.

6      Q        What was the name?

7      A        The Sons of Satan.

8      Q        How many members strong were you?

9      A        Two.

10     Q        There were two members in your gang?

11     A        Yeah, full-time members, two.

12     Q        Did you have a motorcycle?  Did either

13  one of the members of your motorcycle gang have a

14  motorcycle?

15     A        No.

16     Q        Did you ever have access to a

17  motorcycle?

18     A        A friend of mine borrowed his brother's

19  once, I think, and we rode it.

20     Q        What happened?

21     A        I fell off of it.  We wrecked.

22     Q        So, your motorcycle gang consisted of

23  two persons, but you didn't own a motorcycle?

24     A        Yes, ma'am.

Reggettz - Direct                                                    729

1          Q          Did you ever do anything violent?

2          A          Me and this Tom jumped on my brother-

3     in-law one time.

4          Q          You got into a fight once with your

5     brother-in-law?

6          A          With my brother-in-law, yeah.

7          Q          Did you ever drink beer?

8          A          Yeah.  We'd been drinking.

9          Q          Did you drink beer as a member of the

10    gang?

11         A          Yeah, we'd drink.

12         Q          Did you wear a jacket?

13         A          Yes, I did.

14         Q          What kind of jacket was it?

15         A          Denim, cut-off denim.

16         Q          Did it have any emblems on it?

17         A          I don't remember exactly what it had on

18    it, but I had a vest and I think it may have had some

19    kind of a cross on the back.  I don't know whether I was

20    wearing it or not, but I had to have -- we just put

21    chains and whatever we could find to put on it -- emblems

22    and such.

23         Q          Were you married at the time that you

24    belonged?

Reggettz - Direct                                      730

1          A          No.   When this was going on, I had

2    never gotten married.

3          Q          You got married in '71, and whatever

4    activities you were involved in with this gang ---

5          MR. HUFFMAN:   Your Honor, she is leading the

6    witness right down the path here.

7          THE COURT:   I'll sustain the objection.

8

9    BY MS. LUSK:

10

11         Q          How long -- strike that.

12         Have you ever owned a motorcycle?

13         A          Yes.

14         Q          Was that before or after you were

15   married?

16         A          After.

17         Q          How long did you own it?

18         A          A couple of years, I guess.   I had

19   finally got in a position where I had some money saved

20   up.   A friend of mine co-signed and I bought a

21   motorcycle.

22         Q          Mr. Reggettz, at the time your wife

23   died, do you recall whether she was on her menstrual

24   period?

Reggettz - Direct                                                731

1        A        Yes, she was.

2        Q        Did she sometimes use something other

3    than a sanitary napkin, a store-bought sanitary napkin?

4        A        Yes, she did.

5        Q        What was that?

6        A        Toilet paper.

7        Q        When you went back into the house after

8    you were released from jail, did you see such a thing in

9    your home?

10       A        Yes, I did.

11       Q        Where was it?

12       A        Laying in her bedroom.

13       Q        Where in her bedroom?

14       A        Just laying there in the floor.

15       Q        In the floor?

16       A        Yes.

17       Q        Had you planned for Christmas 1979?

18       A        Yes.

19       Q        Did you have a tree?

20       A        Yes, ma´am.

21       Q        Was it live?

22       A        No, artificial.

23       Q        How old was it?

24       A        Oh, I don´t know.   We hadn´t had it

Reggettz - Direct                                    732

1    very long.  We bought it that year.

2          Q        You had just bought it that year?

3          A        Well, as far as I remember, I was --

4    some people call it frugal -- I was kind of tight about

5    things, and I'm not sure if it was bought that year, but

6    it was a new tree.

7          Q        Had you been Christmas shopping?

8          A        Yes.

9          Q        Who went Christmas shopping?

10         A        Usually, me and Vanessa and the kids

11   all went together.

12         Q        The gifts that are pictured in State's

13   Exhibit 103, who bought them?

14         A        I did.

15         Q        What did you buy for your son?

16         A        I bought -- one thing I bought him --

17   well, three things.  I remember, I bought him some things

18   that had to do with space, like a space station.  And I

19   think that Battlestar Galactica was big back then, and

20   I had a couple of those things that went with that

21   Battlestar Galactica.

22         Q        What did you buy for your daughter?

23         A        I remember a dish set, some kind of

24   plastic -- I think pots and pans.  And I'm not sure, but

Reggettz - Direct                                          733

1    some kind of plastic tea kettle or something like that.

2    I don't remember exactly what it was.

3            Q        Did you buy her a baby doll?

4            A        I don't remember getting one.  I

5    remember my wife -- I think she was talking about

6    Bernadette wanting one.  But I don't remember a baby

7    doll.

8            Q        Let me hand you Exhibit 99, Mr.

9    Reggettz, and ask you to identify that.

10           A        That's the dish set.

11           Q        A child's dish set?

12           A        Yes.

13           Q        So, it's dishes?

14           A        Yeah, pots and pans, things like that.

15           Q        Is that the dish set you described that

16   you purchased?

17           A        I don't remember what the set looked

18   like.  I just remember we got a dish set.  I couldn't

19   tell you if that was the set.  I just know that we got

20   her a dish set.

21           Q        If there was a dish set under the tree,

22   did you buy it?

23           A        Oh, yeah.

24           Q        Let me hand you Exhibit 100, and ask

Reggettz - Direct                                            734

1    you to examine those.

2            Can you identify that?

3            A        Oh, it's like a set that I had got my

4    wife that year.

5            Q        Do you recall where you bought it?

6            A        Well, I thought I had got it at K-Mart,

7    from what I remember; but I can't say for sure.   I

8    thought I bought it at K-Mart.   One reason is because I

9    told her to go ahead and get it; it was on sale -- I

10   remember that.   But I thought it was at the K-Mart we

11   shopped at in St. Albans.

12           Q        Were  you  with  her  when  it  was

13   purchased?

14           A        Yes, ma'am.

15           Q        What  do  you  remember  about  the

16   silverware?

17           A        It had flowers on it.   I called them

18   roses.

19           Q        Did you like roses?

20           A        Yeah.   I like flowers.   My mom always

21   had flowers.   I like flowers.

22           Q        Mr. Reggettz, Mr. Bickley said that you

23   wanted your wife killed; is that true?

24           A        No, it isn't.

Reggettz - Direct                                                    735

1         Q              Did you kill her?

2         A              No, I did not.

3         Q              Did you kill Paul Eric Reggettz?

4         A              No, I did not.

5         Q              Did you kill Bernadette Reggettz?

6         A              No, I did not.

7         MS. LUSK:  That's all I have.

8         THE  COURT:    Folks,  we'll  take  a  ten  minutes

9    recess.

10

11         WHEREUPON,  the  Court  stood  in  a  recess  in  the

12    hearing of this case.

13

14         (Back on the Record)

15

16                        CROSS-EXAMINATION

17

18    BY MR. BICKLEY:

19

20         Q         Mr. Reggettz, how long did you stay at

21    the Gene's Motel?  Do you recall?

22         A         No, sir, I don't.

23         Q         Would seven months be about the right

24    figure?

Reggettz - Cross                                            736

1        A          Something like that.  I don't remember.

2   I honestly do not know how long we was there.  I know we

3   was there quite a while.

4        Q          How many rooms did you have in that

5   motel?

6        A          One room and a bathroom.

7        Q          Just a regular motel room?

8        A          Yes, sir, that was all.

9        Q          And in this room, you had your wife and

10  your two kids; is that correct, sir?

11       A          Yes, sir.

12       Q          Were you working at UPS at this time?

13       A          Yes, sir.

14       Q          And you were making approximately what

15  -- thirteen thousand dollars, or more?

16       A          That year I think I made somewhere in

17  that neighborhood.

18       Q          And what were you paying Mr. Moss, Mr.

19  Gene Moss, how were you compensating him?

20       A          I believe  --  I'm not sure, but I

21  believe I paid him forty-five a week.

22       Q          Did your wife work for him?

23       A          I think she did housework and so forth;

24  yeah.

Reggettz - Cross                                                737

1          Q          How did it come that you came to live

2     at the house the Fortsons rented to you.

3          A          We had lived in an apartment up on Lee

4     Street, and it seemed like that every time the utilities

5     or something went up, our rent kept going up.   And I

6     didn't want to stay there any longer, so I told Vanessa

7     we'd get ready and -- we had been looking for a place to

8     live and I was supposed to move, too.   And every place

9     seemed like it was so much that we decided -- I probably

10    got Vanessa to talk to Gene to see if we could move into

11    the motel until we could find something.

12         Q          Then, sir, when you moved out of the

13    motel, how did you come about this transfer?

14         A          The best I can remember, I think Mr.

15    Fortson said something to Mr. Moss, the owner.   And the

16    owner said something to me that there was a little house

17    down there that they would let us have real cheap.

18         Q          Is it not true -- and I think the

19    Fortsons realized that one room for an entire family was

20    not enough.   And they offered it to your wife for rent,

21    the house?

22         A          I don't know that they felt that way,

23    but they offered to rent us the house.

24         Q          Sure.   Now, when you moved into the

Reggettz - Cross                                          738

1    house, is it not true that the Fortsons had to give you

2    or loan you a refrigerator?

3            A         Yes, sir.

4            Q         Is it also not true that you refused to

5    help them put the refrigerator into the house?

6            A         Yes, it's true.

7            Q         Now, they had to move -- to put the

8    refrigerator in themselves.  Did you also have to get

9    furniture donated to you; is that correct?

10           A         Mrs. Moss gave us, I think, a loveseat

11   and another older lady, I know, gave us a couch.

12           Q         And yet you were making approximately

13   thirteen thousand dollars a year?

14           A         That year I made about that.

15           Q         Wasn't a big source of conflict -- one

16   of the big sources of conflict that you had with your

17   wife is that she wanted a color TV, and every time she

18   mentioned a color TV that set you off in a rage?

19           A         I don't remember any particular thing

20   she might have wanted.  I'm not saying she didn't want

21   one.  I don't remember.

22           Q         You don't remember -- you don't ever

23   remember saying that this is one of the things she

24   wanted?

1        A        I don't remember. I don't know. I

2    won't say she didn't want one, because very possibly she

3    could have wanted one.

4        Q        Another bone of contention that you had

5    with your wife was the fact that the brother-in-law had

6    reneged on a note that you had co-signed?

7        A        Yes.

8        Q        And that was a series of arguments you

9    used to have with your wife?

10       A        Yes, sir.

11       Q        So, you would characterize yourself --

12    or it would be a correct statement to say that you were

13    tight with money?

14       A        Yes, sir.

15       Q        You were very tight with money?

16       A        Yes, sir, I was.

17       Q        And that you were making weekly

18    payments on this Honda while your family was going in

19    need; is that true?

20       A        Well, they had food. If you call -- as

21    far as the room was when we lived in the motel, yes, we

22    didn't have enough room, for sure.

23       Q        In fact, you had to use a beer cooler

24    for a refrigerator; is that correct?

Reggettz - Cross                                          740

1        A          That's true.

2        Q          And you lived under those conditions

3   for seven months?

4        A          For quite a while.  I don't know

5   exactly how long, but it was a long time.

6        Q          Now, back to this Satanic group that

7   you belonged to at one time, is it not true, sir, that

8   the philosophy of that group was that women were on the

9   level of animals, and you got that philosophy when you

10  were the member of that motorcycle gang that worshipped

11  Satan; is that a fair statement?

12       A          No.

13       Q          You did not worship Satan?

14       A          We tried to conjure up Satan at one

15  time.

16       Q          You tried to conjure up Satan?

17       A          Yeah.  We tried to conjure -- yeah.

18  He knew more about this sort of thing than I did.  I

19  remember me and him and another fellow were trying to

20  conjure up demons.

21       Q          Were you successful?

22       A          No.

23       Q          Now, you mentioned that there were only

24  two or three regular members, how many other part-time

Reggettz - Cross                                                741

1    members were there?

2         A        Well, like my wife, before I married

3    her.  Her and her sister, and I believe some of her

4    friends -- they hung out with us.  And there was a boy

5    named Mark who used to hang around with us.  I don't know

6    if you would call them members.  They'd just hang around

7    with us.

8         Q        They'd hang around with this small

9    gang?

10        A        Yes.

11        Q        Now, during the time that you enjoyed

12   the Civil War -- going out to the various battlefields,

13   Antietam is one of the battlefields you went to see the

14   memorial; is that correct?

15        A        Yes, sir.

16        Q        And you used your money to buy Civil

17   War souvenirs?

18        A        Yes, sir.

19        Q        And in fact, sir, you bought a Civil

20   War rifle that cost three hundred dollars; would that be

21   true?

22        A        No.  I had two together, and they cost

23   three hundred dollars.

24        Q        So, you did spend money on the things

Reggettz - Cross                                                742

1    that you wanted?

2           A           Yes, I did.

3           Q           You had a brand new Honda?

4           A           A '78, yeah.

5           Q           And you wanted a watch for yourself?

6           A           Yes, I did.

7           Q           Did you ever say that you wished your

8    wife was dead?

9           A           Yes, I did.

10          Q           Did you ever say you wished your son

11   were dead?

12          A           I said I wished he had never been born.

13          Q           And do you remember, in the course of

14   your confession, of correcting one of the Troopers who

15   said you thought you threw the rifle off of I-79, but you

16   thought you told him it was I-64?

17          A           No, I don't.

18          Q           Okay.  Do you understand what I said?

19          A           I was supposed to have told a Trooper

20   that I dropped it off of I-79?

21          Q           No, no.  The Trooper thought you said

22   it was I-77 and you corrected him and said I-64?

23          A           I don't remember saying that.

24                      I believe what you're saying there -- something

Reggettz - Cross                                                 743

1   does gel in my memory, that they asked me what particular

2   road.  But he asked me what bridge.

3             Q        What bridge?

4             A        Yes.  I told them it was the first

5   bridge across the Kanawha River.

6             Q        They thought it was one bridge but you

7   told them that it was another bridge?

8             A        Right.

9             Q        Now, sir, if they were forcing you to

10  do this, why didn't you just leave it at I-77?

11            A        Well, I don't remember the exact

12  circumstances of that, but I knew that I had to tell them

13  that it was the bridge that I crossed when I went to

14  work.  That was the bridge that I went across that

15  morning.  I don't remember saying about I-77 or I-79.

16  I said it was the bridge I crossed when I went to work

17  that morning -- or, they asked me, "Was it the bridge

18  that you crossed when you went to work that morning?"

19            Q        Now, if I understand you on direct, you

20  indicated that you walked into your home, you found your

21  wife hanging, or laying on the floor, your daughter

22  hanging, and your son in the bathtub, and you walked out

23  and said, "I feel free."

24            Is that correct statement?

Reggettz - Cross                                                    744

1        A          Not in that order.  I said those things
2    when I found out -- well, the first thing was I found my
3    wife.  I didn't find my boy until later.  I felt like a
4    load of responsibility had been taken off of me.  That's
5    what I said, that I felt like a load of responsibility
6    had been taken off.  But then, I felt like I had died.
7        Q          Did there come a time when Trooper
8    Woodyard took you to the -- well, there came a time when
9    Trooper Woodyard took you to Company B headquarters; is
10   that correct?
11       A          That's right.
12       Q          And the purpose was to question you?
13       A          Yes.
14       Q          And as I understand your testimony,
15   Trooper Woodyard said, "If you don't confess in five
16   minutes, I'm going to turn these two Troopers loose on
17   you"?
18       A          He said, "I'm going to give you five
19   minutes and then I'm going to let these two Troopers have
20   you."
21       Q          Who were these two bad guys?
22       A          Just two men in green uniforms standing
23   at the bottom of the stairs, inside the doorway, where
24   I was at.

Reggettz - Cross                                                745

1        Q        Did you know their names?

2        A        No, I did not.

3        Q        Okay.  And at that time, you began your

4    confession; is that correct?

5        A        I guess I did, yes, sir.

6        Q        And it was your statement to them, you

7    said that the children were acting up and would not eat

8    their food; is that a correct statement?

9        A        Yes, sir.

10       Q        You said after supper, the children

11   were romping around the room, playing, making noise; is

12   that a fair statement?

13       A        I remember saying they were romping and

14   carrying on.

15       Q        And that you became annoyed with the

16   children as you tried to watch television, and told your

17   wife on several occasions to try to make them be quiet;

18   is that a fair statement?

19       A        I don't remember on several occasions.

20   I remember telling them I told her to make them be quiet.

21       Q        Do   you   remember   telling   Trooper

22   Woodyard that when they continued playing, you got a

23   headache?

24       A        Yeah, I remember both of those things.

Reggettz - Cross                                746

1    Yeah, I told them that.

2          Q         You told your wife to put them to bed;

3    correct?

4          A         I don't know.

5          Q         Are you telling the Court that Trooper

6    Woodyard all this time had been putting words into your

7    mouth?

8          A         He was asking the questions -- I guess

9    you'd call it leading questions -- telling me in what he

10   was asking me.  He was giving me the information I gave

11   back to him.  He'd say, "Well, was the kids carrying on?"

12   And I'd say, "Yeah, they were carrying on."

13         He'd say, "Were they saying anything to you?

14   Were they romping and bothering your television?"  And

15   I'd say, "Yeah, they were romping and bothering the

16   television."

17         Q         At one point you told Trooper Woodyard

18   that your wife went into the bedroom and started to spank

19   the children; is that a correct statement?

20         A         I don't remember telling him that.

21         Q         Did you say she was a little rough with

22   the children and you went into the bedroom to stop her?

23         A         Yeah, I remember telling something

24   about that she was too rough.

Reggettz - Cross                                                      747

1        Q          And then that you all began pushing
2    each other; do you remember that?
3        A          Yeah, I said that.
4        Q          And you all began arguing -- your wife
5    then went into the bedroom to get a gun?
6        A          Yes, that's what I told him.
7        Q          You said you began to scuffle, you
8    grabbed the gun away from her; is that correct?
9        A          Yes, sir.
10       Q          Huh?
11       A          Yes, sir.
12       Q          And you remember swinging a gun?
13       A          Yes, sir.
14       Q          And you thought you had hit something,
15   but you didn't know what you had hit?
16       A          Yes, sir, that's what I told him.
17       Q          And your wife fell to the floor; do you
18   remember that?
19       A          I don't remember that.
20       Q          And there was a kind of moaning and not
21   moving?
22       A          It seems like I remember saying that,
23   yeah.
24       Q          Do you remember you saying that -- her

Reggettz - Cross                                      748

1     moaning?

2         A        They asked me if I heard something like

3     that.

4         Q        Do you remember you telling Trooper

5     Woodyard the day before that you picked her up and

6     carried her into the children's bedroom and dropped her

7     on the floor near the television room? Did you make that

8     statement?

9         A        I don't remember.

10        Q        Do you remember telling Trooper

11    Woodyard ---

12        A        If he said I did, then I guess I did.

13    I don't remember it. All I know is they told me at the

14    house that she had been picked up and carried and dropped

15    in the floor and asked me to show them how I done it.

16        Q        This is the day before, Mr. Reggettz?

17        A        I'm sorry, I don't remember.

18        Q        This is before they went to the house

19    with you?

20        A        I don't remember telling them that.

21        Q        You told them the day before you ever

22    went to the house -- what happened?

23        A        Uh ---

24        Q        You said your wife started to move and

Reggettz - Cross                                          749

1    you grabbed and extension cord lying beside her in the

2    television room, wrapped that around her neck and held

3    it until the movement stopped?

4           A        Yes, I told them that.

5           Q        You said you were afraid she might come

6    to and continue fighting with you, and you tied her to

7    the door of the television room; do you remember that?

8           A        Yeah, I remember the first part, but

9    not the last.

10          Q        Do you remember you told them she could

11   not -- that you could not get the end of the cord to fit

12   through the hole in the door; do you remember that?

13          A        The only thing I remember telling them

14   is that I couldn't get the cord out of the door.

15          Q        And your children were crying and

16   screaming and trying to help their mother; do you

17   remember telling them that?

18          A        I remember saying the kids were running

19   around hollering.

20          Q        And this screaming was causing your

21   head to pound and you had to stop the noise; do you

22   remember that?

23          A        Yes, I do.

24          Q        And you stated that you got on your

Reggettz - Cross                                          750

1    knees with your wife's body when your son tried to run.

2    You grabbed the child around the waist and threw him face

3    down on the floor; do you remember that?

4         A         I remember saying that I grabbed him

5    and put him on the floor.

6         Q         And you held him down and placed your

7    knees on the child's buttocks and legs; do you remember

8    that?

9         A         I remember saying that I put a knee on

10   his buttocks.

11        Q         And you reached to your left and put a

12   cord of a radio, which was at the end of the bed; do you

13   remember that, sir?

14        A         I remember saying that I reached and

15   got a cord, but I don't remember saying where it was at.

16        Q         And you yanked the cord out of the

17   outlet and wrapped it around your son's neck; do you

18   remember that, sir?

19        A         No, I do not.

20        Q         And you pulled the cord until the child

21   stopped screaming; do you recall that?

22        A         It seems like I said that, but I don't

23   remember for sure.

24        Q         You then threw the cord down your son's