**MOSS v. BALLARD**
**CASE NO. 2:09cv01406**

**RESPONDENT'S EXHIBIT 23**
**(Continuation, bn000021 to end)**

(Criminal Identification Bureau)

## CASE SUBMISSION REPORT

C 79-2566-C

Your Case No. ME 79-878                              C.I.B. CASE NO. ___ 79

From: State Police   Location: South Charleston   Date: 12-17   19 79
         (Organization)                    (City)

Submitted By: Terry Williams   Rank: Trooper

Subject of Investigation: Murder

Place of Crime: St Albans   Kanawha   (County)
                      (Town)

Date of Crime: 12/12/81   19 79   Time: ___   A.M. or P.M., E.S.T. or D.S.T.

Name of Victim: Bernadette Reggettz   DOB: ___   Color ___   Soc. ___

Address: 7027 Chesapeake Ave   St. Albns

Suspect or Accused: Paul Reggettz   DOB: ___   Color ___   Soc. ___

M. ___   Wt. ___   Criminal History** ___   Fingerprinted** ___

Address: Same

Brief Description of Events
or Comments*

List Items Submitted: One tube of blood from Bernadette Reggettz

Examination(s) Desired*

List Reports Attached:

Received at C.I.B. by: F. S. Zain   Via T Williams

Date ___ 19 ___ Time ___   A.M. or P.M., E.S.T. or D.S.T.

C.I.B. Disposition of Evidence: ___

Approximate Court Date: ___
**Pertains to Latest Fingerprint Work Only

NOTE: FORWARD THIS REPORT TO THE C.I.B. IN DUPLICATE WITH ITEMS, ONE COPY WILL BE RECEIPTED AND RETURNED
        TO SUBMITTER.

090021

DEPARTMENT OF PUBLIC SAFETY
(Criminal Identification Bureau)
## CASE SUBMISSION REPORT

Your Case No. _ME 79-877_   C.I.B. CASE NO. _C-79-7566-C-_

From: _State Police_   Location: _South Charleston_   Date: _12_ _17_ 19 _79_
      (Organization)                    (City)

Submitted By: _TERRY Williams_   Rank: _Trooper_

Subject of Investigation: _Murder_

Place of Crime: _St. Albans_   _Kanawha_
                  (Town)              (County)

Date of Crime: _12/12-13/79_ 19 _79_ Time: _____ A.M. or P.M., E.S.T. or D.S.T.

Name of Victim: _Paul Eric Reggettz_   DOB: _____   Color: _____   Sex: _____

Address: _7027 Chesapeake Ave   St Albans_

Suspect or Accused: _Paul Reggettz_   DOB: _____   Color: _____   Sex: _____

Ht. _____ Wt. _____ Criminal History** _____   Fingerprinted** _____

Address: _Same_

Brief Description of Events
or Comments*

List Items Submitted:* _One tube of blood from Paul Eric Reggottz_

Examination(s) Desired:*

List Reports Attached:

Received at C.I.B. by: _F. S. Zain_   Via _T Williams_

Date _12-17_ 19 _79_ Time _____ A.M. or P.M., E.S.T. or D.S.T.

C.I.B. Disposition of Evidence:

Approximate Court Date:
**Pertains to Latest Fingerprint Work Only

NOTE: FORWARD THIS REPORT TO THE C.I.B. IN DUPLICATE WITH ITEMS. ONE COPY WILL BE RECEIPTED AND RETURNED
      TO SUBMITTER.

6902

Form No. 33 (1-75)

DEPARTMENT OF PUBLIC SAFETY
(Criminal Identification Bureau)
CASE SUBMISSION REPORT

C.I.B. CASE NO. _M 2566-A_

Your Case No. _____

From: _State Police_ _____ Location: _South Charleston_, Date: _12-14_____ ; 19 _72_
     (Organization)                        (City)

Submitted By: _TERRY Williams_ _____ Rank: _Trooper_ _____

Subject of Investigation: _Murder_ _____

Place of Crime: _St. Albans_ _____ _Kanawha_ _____
                (Town)                           (County)

Date of Crime: _12/12-18_ _____ 19 _79_ Time: _____ A.M. or P.M., E.S.T. or D.S.T.

Name of Victim: _____ DOB: _____ Color: _____ Sex: _____

Address: _____

Suspect or Accused: _____ DOB: _____ Color: _____ Sex: _____

Ht. _____ Wt. _____ Criminal History** _____ Fingerprinted** _____

Address: _____

Brief Description of Events _____
or Comments* _____

_____

List Items Submitted:* _Two Pair Beaver Pants - One Shirt_
     _belonging to accused for work_

_____

_____

Examination(s) Desired:* _____

_____

List Reports Attached: _____

_____

Received at C.I.B. by _F. d. Zun_ _____ Via _T. William_ ____

Date _12-14_ ___ 19 _79_ Time _____ A.M. or P.M., E.S.T. or D.S.T.

C.I.B. Disposition of Evidence: _____

Approximate Court Date: _____
**Pertains to Latent Fingerprint Work Only

NOTE: FORWARD THIS REPORT TO THE C.I.B. IN DUPLICATE WITH ITEMS, ONE COPY WILL BE RECEIPTED AND RETURNED
      TO SUBMITTER.

Form .en 53 DPS

DEP  TMENT OF PUBLIC SA.ETY
(C   al Identification Bureau)

## CASE SUBMISSION REPORT

C.I.B. CASE NO. 79-2566-A

Your Case No. _____

From: State Police   Location: South Charleston   Date: 12-14   19 79
     (Organization)                    (City)

Submitted By: TERRY Williams   Rank: Trooper

Subject of Investigation: Murder

Place of Crime: St. Albans   Kanawha
               (Town)                    (County)

Date of Crime: 12/13-13   19 79   Time: _____ A.M. or P.M., B.S.T. or D.S.T.
Name of Victim: (1) Vanessa Dale Raggatte   DOB: _____ Color: _____ Sex: _____
(2) Paul Eric Raggatte
(3) Bernadette Kaspeere

Address: 7027 Chesapeake Ave.   St. Albans

Suspect or Accused: Paul Raggatte III   DOB: _____ Color: _____ Sex: _____

Ht. _____ Wt. _____ Criminal History** _____   Fingerprinted** _____

Address: _____

Brief Description of Events _____
or Comments* _____
_____

List Items Submitted:* Two Pair Blue Jeans belonging to Paul Raggatte III
One Work Glove _____

_____
_____

Examination(s) Desired:* _____
_____

List Reports Attached: _____

Received at C.I.B. by: F. J. Zain   Via: T. Will___

Date 12-14   19 79 Time _____   A.M. or P.M., B.S.T. or D.S.T.

C.I.B. Disposition of Evidence: _____

Approximate Court Date: _____
** Pertains to Latent Fingerprint Work Only

NOTE: FORWARD THIS REPORT TO THE C.I.B. IN DUPLICATE WITH ITEMS. ONE COPY WILL BE RECEIPTED AND RETURNED
      TO SUBMITTER.

000024

Form No. 3 DPS

DEPARTMENT OF PUBLIC SAFETY
(Criminal Identification Bureau)
CASE SUBMISSION REPORT

Your Case No. _____

C.I.B. CASE NO. _____

From: _Stole Police_ (Organization)  Location: _South Charleston_ (City)  Date: _1-17_ 19__

Submitted By: _TERRY Williams_  Rank: _Trooper_

Subject of Investigation: _Murder_

Place of Crime: _St Albans_ (Town)  _Kanawha_ (County)

Date of Crime: _12-13_ 19_77_ Time: _____ A.M. or P.M., B.S.T. or D.S.T.

Name of Victim: _Reggette_ DOB: ____ Color: ____ Sex: ____

Address: ____

Suspect or Accused: _Paul Reggette III_ DOB: ____ Color: ____ Sex: ____

Ht. ____ Wt. ____ Criminal History** ____ Fingerprinted** ____

Address: ____

Brief Description of Events or Comments* ____

List Items Submitted:* _One (1) Baby Doll (From Childrens Bedroom)_
_One (1) Knife ( " " " )_

Examination(s) Desired:* _Blood Scrapings_

List Reports Attached: ____

Received at C.I.B. by: _RCM_  Via _TWilliams_

Date _1-17_ 19_80_ Time ____ A.M. or P.M., B.S.T. or D.S.T.

C.I.B. Disposition of Evidence: ____

Approximate Court Date: ____
** Pertains to Latest Fingerprint Work Only

NOTE: FORWARD THIS REPORT TO THE C.I.B. IN DUPLICATE WITH ITEMS. ONE COPY WILL BE RECEIPTED AND RETURNED TO SUBMITTER.

(Criminal Identification Bureau)

Your Case No. _____     C.I.B. CASE _____

From: _____ Location: _____ Date: _____ 19 __
         (Organization)                    (City)

Submitted By: _____ M. D. Smith _____ Bank: _____

Subject of Investigation: _____

Place of Crime: _____ St. Albans _____ Kanawha
                         (Town)                    (County)

Date of Crime: _____ 19 ___ Time: _____ A.M. or P.M., E.S.T. or D.S.T.

Name of Victim: _____ Meyer's _____ DOB _____ Color: _____ Soc. _____

Address: _____

Suspect or Arrested: _____ DOB _____ Color: _____ Soc. _____

Ht. _____ Wt _____ Criminal History** _____ Fingerprinted** _____

Address: _____

Brief Description of Events
or Comments* _____

List Items Submitted:* 1) one blue jacket
2) one pair of brown wool socks leather gloves
3) one tan wool pair
4) one brown leather glove

Examination(s) Desired:* _____

List Reports Attached: _____

Received at C.I.B. by: Trp. Fred S Zain _____ Via _____

Date 7-7 1980 Time _____ A.M. or P.M., E.S.T. or D.S.T. MDS

C.I.B. Disposition of Evidence: No Blood identified — Turned back over to

Approximate Court Date: MOS     7-7-80  FSZ

**Pertains to Latent Fingerprint Work Only

NOTE: FORWARD THIS REPORT TO THE C.I.B. IN DUPLICATE WITH ITEMS, ONE COPY WILL BE RECEIPTED AND RETURNED TO SUBMITTER.

CASE SUBMISSION REPORT

C_____ CASE NO _____

Your Case No. _____   _____

From: _____ Location _____ (City) _____ Date: _____ 19___
      (Organization)

Submitted By: _____   Rank: _____

Subject of Investigation: _____

Place of Crime: _____ (Town) _____   (County)

Date of Crime: _____ 19___ Time: _____ A.M. or P.M., E.S.T. or D.S.T.

Name of Victim: _____ DOB: _____ Color: _____ Sex: _____

Address: _____

Suspect or Accused: _____ DOB: _____ Color: _____ Sex: _____

Ht. _____ Wt. _____ Criminal History** _____   Fingerprinted** _____

Address: _____

Brief Description of Events _____

or Comments* _____

List Items Submitted:* _____

Examination(s) Desired:* _____

List Reports Attached: _____

Received at C.I.B. by: DH SHUMATE → RCM + EST _____ Via: _____

Date: 2 - 6 1980 Time _____ A.M. or P.M., E.S.T. or D.S.T.

C.I.B. Disposition of Evidence: _____

Approximate Court Date: _____

**Pertains to Latent Fingerprint Work Only

NOTE: FORWARD THIS REPORT TO THE C.I.B. IN DUPLICATE WITH ITEMS, ONE COPY WILL BE RECEIPTED AND RETURNED
      TO SUBMITTER.

030027

DEPARTMENT OF PUBLIC SAFETY
(Criminal Identification Bureau)

CASE SUBMISSION REPORT

Your Case No. _____

C I B CASE NO _77-75661_

From: _State Police_ Location: _South Charleston_ Date: _12-14_ 19 _79_
(Organization)  (City)

Submitted By: _TERRY WILLIAMS_ Rank: _Trooper_

Subject of Investigation: _Murder_

Place of Crime: _St Albans_ _Kanawha_
(Town)  (County)

Date of Crime: _____ 19 ____ Time _____ A.M. or P.M., E.S.T. or D.S.T.

Name of Victim: _____ DOB _____ Color _____ Sex _____

Address: _____

Suspect or Accused: _____ DOB _____ Color _____ Sex _____

Ht. _____ Wt. _____ Criminal History ** _____ Fingerprinted ** _____

Address: _____

Brief Description of Events _____
or Comments * _____

_____

List Items Submitted: * _One Pair Brown Suede Boots - One Blue Jean Jacket - One Pair_
_White Athletic Socks - One Pair Brown Work Pants - Two Pair Long Underwear_
_One Thermal Underwear Shirt - One White T-Shirt - One Pair White Jockey Shorts_
_One Tan Work Shirt - One Blue Sweat Shirt - One Red Bandana Handkerchief - One Blue Wrapper_
_belonging to accused_
Examination(s) Desired: * _____

_____

List Reports Attached: _____

_____

Received at C.I.B. by: _F. S. Zain_ Via _T Williams_

Date _12-14_ 19 _79_ Time _____ A.M. or P.M., E.S.T. or D.S.T.

C.I.B. Disposition of Evidence: _____

Approximate Court Date: _____
** Pertains to Latent Fingerprint Work Only

NOTE: FORWARD THIS REPORT TO THE C.I.B. IN DUPLICATE WITH ITEMS. ONE COPY WILL BE RECEIPTED AND RETURNED
     TO SUBMITTER.

APTMENT OF PUBLIC SAFETY
(Criminal Identification Bureau)
CASE SUBMISSION REPORT

Your Case No. _____          C.I.B. CASE NO. _79-2266_

From: ____DPS____ Location: _Si (/ ce:_ Date. _____ 19 __.
         (Organization)              (City)

Submitted By: _____ Rank: _____

Subject of Investigation: _____

Place of Crime: _____
                        (Town)                        (County)

Date of Crime _____ 19 ____ Time: _____ A.M. or P.M., E.S.T. or D.S.T.

Name of Victim: _____ DOB: _____ Color: _____ Sex: _____

Address: _____

C00020

Form No. 55 D P S

\ARTMENT OF PUBLIC SAFETY
(:rminal Identification Bureau)

## CASE SUBMISSION REPORT

Your Case No. _____

C.I.B. CASE NO. 7-7 - 2 505

From: State Police          Location: South Charleston   Date: 1 - 7   19 80
(Organization)                     (City)

Submitted By: TERRY WILLIAMS          Rank: Trooper

Subject of Investigation: Murder

Place of Crime: St. Albans          Kanawha
(Town)                    (County)

Date of Crime: 12  13     1980   Time: _____ A.M. or P.M., B.S.T. or D.S.T.

Name of Victim: Reggette Cole   DOB: _____ Color: _____ Sex: _____

Address: _____

Suspect or Accused: Paul Reggettz   DOB: _____ Color: _____ Sex: _____

Ht _____ Wt. _____ Criminal History** _____ Fingerprinted** _____

Address: _____

Brief Description of Events _____
or Comments* _____

_____

List Items Submitted:* ① One (1) Sample of blood from Rose Gillispie
② One (1) Sample of blood from Marvin David Smith

_____

_____

Examination(s) Desired:* _____

List Reports Attached: _____

_____

Received at C.I.B. by: RCM          Via: T Williams

Date: 1 - 9   1980   Time: _____ A.M. or P.M., E.S.T. or D.S.T.

C.I.B. Disposition of Evidence: _____

Approximate Court Date: _____
** Pertains to Latent Fingerprint Work Only

NOTE: FORWARD THIS REPORT TO THE C.I.B. IN DUPLICATE WITH ITEMS. ONE COPY WILL BE RECEIPTED AND RETURNED
TO SUBMITTER.

Form 1.3 51 (.P.S.

**DEPARTMENT OF PUBLIC SAFETY**
(Criminal Identification Bureau)
**CASE SUBMISSION REPORT**

Your Case No. _____     C.I.B. CASE NO. 79-2566

From: ___DPS___   Location: Se. Clks.   Date _____ 19 __
        (Organization)              (City)

Submitted By: _____   Rank: _____

Subject of Investigation: _____

Place of Crime: _____
                         (Town)

Date of Crime: _____ 19 ___ Time: _____ A.M. or P.M., E.S.T. or D.S.T.

Name of Victim: _____ DOB: _____ Color _____ Sex _____

Address: _____

Suspect or Accused: _____ DOB: _____ Color _____ Born _____

Ht. _____ Wt. _____ Criminal History** _____ Fingerprinted** _____

Address: _____

Brief Description of Events _____
or Comments* _____

List Items Submitted:* *Clothing of Bernadette Leggette*

Examination(s) Desired:* *Blood grouping*

List Reports Attached: _____

Received at C.I.B. by _____     Via 7 Willi__

Date ___1 - 7___ 19 80 Time _____ A.M. or P.M., E.S.T. or D.S.T.

C.I.B. Disposition of Evidence: _____

Approximate Court Date: _____
**Pertains to Latent Fingerprint Work Only
NOTE: FORWARD THIS REPORT TO THE C.I.B. IN DUPLICATE WITH ITEMS, ONE COPY WILL BE RECEIPTED AND RETURNED
     TO SUBMITTER.

Form No 531 PS

DEPARTMENT OF PUBLIC SAFETY
(Criminal Identification Bureau)
CASE SUBMISSION REPORT

Your Case No. _____

C.I.B. CASE NO. 79-2566

From: State Police    Location: South Charleston   Date: 4-22   19__
    (Organization)       (City)

Submitted By: T Williams     Rank: Trooper

Subject of Investigation: Murder

Place of Crime: St Albans         Kanawha
       (Town)           (County)

Date of Crime: 12 13   19 79   Time: _____ A.M. or P.M., E.S.T. or D.S.T.

Name of Victim: Reinjette Family   DOB _____ Color: _____ Sex _____

Address: _____

Suspect or Arrested: John Moss   DOB: _____ Color: _____ Sex: _____

Ht _____ Wt _____ Criminal History** _____ Fingerprinted** _____

Address: _____

Brief Description of Events _____
or Comments*
_____

_____

List Items Submitted:* Two (2) tubes of blood taken from
John Moss
_____

_____

Examination(s) Desired:* _____

_____

List Reports Attached: _____

Received at C.I.B. by: Tpr. Fred A. Zain      via: T. Williams

Date 4-22   1980   Time _____ A.M. or P.M., E.S.T. or D.S.T.

C.I.B. Disposition of Evidence: _____

Approximate Court Date: _____
**Pertains to Latent Fingerprint Work Only

NOTE: FORWARD THIS REPORT TO THE C.I.B. IN DUPLICATE WITH ITEMS. ONE COPY WILL BE RECEIPTED AND RETURNED
      TO SUBMITTER.

#1:   Pieces of knife from bedroom beside bath.

#2:   Sample from room next to bath where female victim found.

#3:   Sample from front bedroom carpet.

#4:   Bedspread from front bedroom.

#5:   Pillow case from front bedroom.

#6:   Electrical cord removed from female victim.

#7:   Curtain from back kitchen door.

#8:   Sample from sheet on kitchen floor.

#9:   Sample from outside back door below door handle.

#10:  Sample from kitchen sink.

#11:  Sample from utensil drawer from kitchen.

#12:  Pillow case from bedroom beside bath.

#13:  Sample from door between bedroom and living room.

#14:  Sample from door between master bedroom and front door.

#15:  Change purse from dresser in master bedroom.

#16:  Medium white t-shirt found under pile of clothes in master bedroom.

#17:  Jockey shorts found under pile of clothes in master bedroom.

DEPARTMENT OF PUBLIC SAFETY
Criminal Identification Bureau
CASE SUBMISSION REPORT

C.I.B. CASE NO. 79 566

Case No. _____

_____ DPS HEADQUARTERS Location: SO. CHARLESTON Date: 12/13 19 79
(Organization)              (City)

ed By: F. S. ZAIN                    Rank: TROOPER

ect of Investigation: MURDER _____

o of Crime: St. Albans, WV _____
(Town)                        (County)

of Crime: 12/12-13/79 19 79 Time: _____ A.M. or P.M., E.S.T. or D.S.T.

me of Victim: VANESSA REGGETTZ DOB: _____ Color: W Sex: F

ress: 7027 Chesapeake Ave., St. Albans, WV

ect or Accused: Paul Reggettz DOB: _____ Color: W Sex: M

_____ Wt. _____ Criminal History** _____ Fingerprinted** Yes

ress: 7027 Chesapeake Ave., St. Albans, WV

d Description of Events: Victim was murdered inside her residence.
Comments*

Items Submitted:* SEE ATTACHED SHEET

mination(s) Desired:* Blood groupings

Reports Attached: _____

eived at C.I.B. by: F. S. Zain          Via F. S. Zain

te: 12-13 19 79 Time: _____ A.M. or P.M., E.S.T. or D.S.T.

B. Disposition of Evidence: _____

pproximate Court Date: _____
Pertains to Latent Fingerprint Work Only

NOTE: FORWARD THIS REPORT TO THE C.I.B. IN DUPLICATE WITH ITEMS, ONE COPY WILL BE EXCEPTED AND RETURNED
TO SUBMITTER.

NOT MURPHY

| ITEMS | IT | LU | SP | AP | DIO | S-V | IN | 23G | EXC | PUM | FIN | ILL | EXP | | | | | GS | FBP | IA | TBLC | IA | FBI | IA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-13-79 | | | | | | | | | | | | | | | | | | | | | | | |
| Crime Scene | | | | | | | | | | | | | | | | | | | | | | | |
| # 1 thru 6 | + | + | | | | | O | 1 | 21 | 2H | Z | 8 | 1 | 1 | | | | | | | | | |
| # 8 - # 13 ? 1611 | + | + | | | | | O | 1 | 21 | 2H | 2 | 6 | 1 | 1 | | | | | | | | | |
| # 9 | + | + | | | | | O | | 2.1 | | | | | | | | | | | | | | | |
| # 10 - # 17 | + | + | | | | | O | 1 | 2.1 | | | | | | | | | | | | | | | |
| # 11, 22, 24, 25 | + | + | | | | | O | 2 | 1 | 1H | 2 | 6^a | 1 | 1 | | | | | | | | | |
| # ? | + | + | | | | | C | 2.1 | 1H | 2 | 8.1 | 1 | 1 | | | | | | | | | | | |
| Christmas package | + | + | | | | | O | 2 | 1 | 1H | 2 | ?? | 1 | 1 | | | | | | | | | |
| wrapper | + | + | | | | | C | 2.1 | 1H | 2 | ?.. | 1 | 1 | | | | | | | | | | |
| Breadth Clothing | + | + | | | | | O | 2 | 1 | 1H | 2 | ?? | 1 | 1 | | | | | | | | | |
| Elast light | + | + | | | | | C | 2.1 | 1H | 2 | ?? | 1 | 1 | | | | | | | | | | |
| Case knife | + | + | | | | | | | | | | | | | | | | | | | | | | |
| 12-14-79 | + | - | | | | | | | | | | | | | | | | | | | | | | |

NOT MURPHY



Crime Scene — Reggettz Residence
12-13-79

00007



NOT MURPHY

000038

**RECEIPT FOR RETURN OF EVIDENCE**

The following exhibits in the case number  C-79-2566  were given

to  Trooper Terry William  on  3-11-51

by  _____

1. _Exhibits in above case_
   _____

2. _____

3. _____

4. _____

5. _____

6. _____


_Trooper Terry William_
**Signature of Officer Receiving Exhibits**

_R C Murphy_
**Signature of Chemist**

Prepare In Duplicate.

000039

## RECEIPT FOR RETURN OF EVIDENCE

The following exhibits in the case number  C-79-- 2566-A
C-79-2566          were given

to ___Trooper T. Williams___ on ___03/31/80___ ___.__

by ___Trooper F. S. Cain___

1. ___Exhibits to above case___

2. ___Klstasse___ .

3. _____

4. _____

5. _____

6. _____


___T. Willi___

Signature of Officer Receiving Exhibits


___Tep. Fuf S. Jain___

Signature of Chemist


Prepare In Duplicate.

| ① | ② ? | ③ | ④ |
|---|---|---|---|
| Pieces of Knife ? | Piece of electrical #110 B short cord from Vanessa | Curtain from back door | Scissors ? |
| Zain 12-13-79 | Zain 12-13-79 | Zain 12-13-79 | Zain 12-13-79 |
| Williams 3-31-80 | Williams 3-31-80 | Williams 3-31-80 | Shumate 12-13-79 |
| | | | 1-23-80 |
| | | | Williams 3-3-80 |

| ⑥ ? | ⑦ ? | ⑧ ? | ⑨ ? |
|---|---|---|---|
| Eureka Vacuum Cleaner | Clock Radio | Childrens dish set | Pots + Pan Set |
| Shumate 12-13-79 | Shumate 12-13-79 | Shumate 12-13-79 | Shumate 12-13-79 |
| 1-23-80 | 1-23-80 | 1-23-80 | 1-23-80 |
| Williams 1-23-80 | Williams 1-23-80 | Williams 1-23-80 | Williams 1-23-80 |

④

?
back door
2-13-79
3-31-80.

Scissors
Zain  12-13-79
Shumate 12-13-79
Williams  1-23-80
        3-3-90

⑤

?
Green hand lotion
Shumate 12-13-79
Zain  12-18-79
Williams  3-31-80

glassware

⑨

?
h set
12-13-79
23-80

Pots + Pan Set
Shumate 12-13-79
Williams  1-23-80

⑩

?
Clothing & P. Reggeto
Sopher  12-13-79
Williams  12-14-79
Zain  12-24-79
Williams  3-31-80

090342

Case 2:05-cv-01453 Document 273-13 Filed 10/29/15 Page 24 of 28 PageID #: 3230

| ⑭ Blood | ⑮ Clothing |
|---|---|
| Bernadette Reggette | Bernadette Reggette |
| Sopher 12-13-79 | Sopher 12-13-79 |
| Williams 12-17-79 | Williams 12-17-79 |
| Zain 12-17-79 | Zain 1-7-80 |
| | Williams 73 80 80 |
| | 3/31/80 |

⑦
Dotte
12-13-79
12-17-79
7-73

| ⑲ | ⑳ Electrical Cord Paul Erie Reggette |
|---|---|
| Time Card of P. Reggette | Sopher 12/13/79 |
| David W. Milburn 12-13-79 | Williams 73 12/79 |
| Rinehart - 12-13-79 | |
| Williams 12-13-79 | |

⑦
bullet
- the scene
12-13-79
-14-79

| (11) | (12) | (13) | (1 |
|---|---|---|---|
| Blood Specimen 1 | Nightgown of | Blood ? | Blo |
| Vanessa Reggette | Vanessa Reggette | Paul E. Reggette | Bernad |
| Sopher 12-14-79 | Sopher 12-14-79 | Sopher 12-14-79 | Sopher |
| Smith 12-14-79 | Smith 12-14-79 | ~~Williams~~ 12-17-79 | Williams |
| Zain 12-14-79 | Zain 12-14-79 | Zain 12-17-79 | Zain |
| | Williams 3-31-80 | | |

| (16) | (17) | (18) | (1 |
|---|---|---|---|
| Flatware | Pieces of gun | .22 caliber bullet recovered at the scene | Time Card |
| Mrs Johnson 2-6-80 | ~~Williams~~ 12-13-79 | ~~Williams~~ 12-13-79 | David W |
| Smith 2-6-80 | | Lane 12-14-79 | Rinehart |
| ~~Williams 2-6-80~~ | | | Williams |
| Shumate 2-6-80 | | | |
| ~~Zain 2-6-80~~ | | | |
| ~~Williams 3-31-80~~ | | | |

63004

| (21) | (22) ? | (23) ? | (5... |
|---|---|---|---|
| Electrical Cords -? (White + brown) #110 A VANESSA Reggett | Electrical Cord (Brown) Near Feet VANESSA Reggettz | Electrical Cord (white) (Piece of cord) cut from VANESSA Reggettz | Chair Dresser |
| Sopher 12/13/79 Williams 12/12/79 | Koack 12/13/79 Williams 12/22/79 | ZAIN 12/13/79 Williams 3/21/80 | ZA Will. |
| (26) ? | (27) ? | (28) ? | (2... |
| (1) KodAK CAmerA (From MR. Moss) John Moss JR | FirEArms TrANSACTion Records forms (HELLS) | (2) tubes blood John Moss | Knif |
| John Moss JR (Father) 10/29/80 SmitH, Williams 10/29/80 | Ella Hight Smith + Williams | DR. KapLaR 4-22-80 Williams 4-22-80 ZAIN 4-22-80 | Sh... ... |

| (21) | (22) | (23) | (2 |
|---|---|---|---|
| Electrical Cords — ?<br>(White + Brown)<br>VANESSA Reggetts<br>#110 A | Electrical Cord<br>(Brown) Neae Feet<br>VANESSA Reggetts | Electrical Cord (white)<br>(Piece of cord) cut from<br>VANESSA Reggetts | Chan<br>DRESSEN |
| Sopher 12/13/79<br>Williams 3/12/79 | Zenek 12/3/79<br>Williams 3/12/79 | ZAIN 12/13/79<br>Williams 3/31/80 | Z A<br>Will. |
| | | | |
| (26) | (27) | (28) | (2 |
| (1) KodAK CAmeRA<br>(FROM MR. Moss<br>John Moss JR). | FiREARMS Transaction<br>Records Forms (HECK) | (2) tubes blood<br>John Moss | Knif |
| John Moss JR 10/29/80<br>(Father)<br>Smith, Williams 10/29/80 | Ella Hoyt<br>Smith + Williams | DR. Kepler 4-22-80<br>Williams 4-22-80<br>ZAIN 4-22-80 | Sh...<br>455 |

| (23) ? | (24) ? | (25) ? | Wrapping Paper |
|---|---|---|---|
| Electrical Cord (white) Piece of cord) cut from JANESSA Reggettz | Change PURSE DRESSER MASTER Bedroom | (2) Polaroid Cameras (1) Kodak Cameras (Search) | |
| ZAIN 12/13/79 illiams 3/31/80 | ZAIN 12/13/79 Williams 3/31/80 | Smith Williams 2/29/80 Williams 3/31/80 | 3/31/80 |

| (28) ? | (29) ? | (30) ? | (31) |
|---|---|---|---|
| 2) tubes blood John Moss | Knife Handle | Reggette Blood | Guns |
| Kepler 4-22-80 lliams 4-22-80 IN 4-22-80 | Shumate 12-13-79 Williams 11-27-80 | Wanda Wells 1-2-80 ✓Williams 1-2-80 Inman 1-2-80 | 30 1-24-89 |