IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON

JOHN MOSS, III,

    Petitioner,

v.                                     Case No. 2:09-cv-01406

DAVID BALLARD, Warden,
Mount Olive Correctional Complex,

    Respondent.

**FILED MAY 17 2011**
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

### AFFIDAVIT

COMES NOW John Moss, III, and hereby swears, affirms, and makes known, by my signature below:

1) The Kanawha County Circuit Court, the Honorable John Hey, did verbally rule from the bench on the defendant's Motion to Suppress Confessions on or about the 12th day of October, 1983;

2) That I recall that Judge Hey did mention and deny the Motion by ruling on issues pertaining to the West Virginia juvenile prompt presentment rule;

3) That defendant's counsel, Parrish McKittrick, did object to the court's ruling, and the court acknowledged the said verbal objections.

Affiant does hereby declare that the foregoing statements are true and correct to the best of his knowledge and belief, except as to those that are known to be based upon information, and as to those, he believes them to be true.

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
SANDRA G. LAWRENCE
Mt. Olive Correctional Complex
1 Mountainside Way
Mt. Olive, WV 25185
My Commission Expires June 5, 2016

_John Moss, III_

My commission expires: June 5, 2016

_Notary Public_

## CERTIFICATE OF SERVICE

I, John Moss, III, by my signature below, do hereby certify that I served the foregoing May 16, 2011, letter to Magistrate Judge Stanley and Affidavit on the below listed individual(s) this 16 day of May, 2011, by handing true copies of the same to prison officials for deposit in the regular course of the United States Mail, postage prepaid, to the following name and address:

Robert D. Goldberg, Assistant Attorney General
Office of the Attorney General
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25305-0220

John Moss, III, *pro se*