John Moss, III, DOC# 13734
Mount Olive Correctional Complex
One Mountainside Way
Mt. Olive, West Virginia 25185
MOCC Telephone:  304.442.7213

_____

May 16, 2011

FILED

MAY 17 2011

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

Ms. Teresa L. Deppner, Clerk
United States District Court
Southern District of West Virginia
300 Virginia Street East, Room 2400
Charleston, WV 25301

Re:     Moss v. Ballard, Warden
        Civil Action No. 2:09-cv-01406

Dear Ms. Deppner:

Enclosed, please find three (3) copies of my May 16, 2011, letter to Magistrate Judge Stanley, and certification a copy was mailed to Mr. Robert D. Goldberg, Assistant Attorney General, counsel for the above named respondent.  Please place these in the appropriate case file.

Also, I have included herein pages from the trial transcript in Kanawha County Circuit Court Case No. CR-82-F-221, as well as a Motion To Suppress Confession.  The Honorable Mary E. Stanley requested the Respondent provide the Court with those pages of the transcript and the Motion but Respondent's counsel apparently had difficulty locating them.  I am voluntarily providing them to the Court.  There is only one copy, however, because I cannot afford the cost of making three copies. These portions of the transcript and the motion are my original copies so I am requesting that your office make the necessary number of copies for the case file and, if the Court allows, provide the Court a copy, as well as Respondent's counsel.

I am also including herein the original and two (2) copies of the foregoing **Affidavit**.  I request you file it in the appropriate case file and pass it on to the Court for its consideration.

Finally, I would like to request your office provide me an updated Case Index Statement Docketing Sheet, indicating these latest filings.  Thank you.

Ms. Teresa L. Deppner, Clerk
May 16, 2011
Page Two
Re: 2:09-cv-01406

Sincerely yours,

John Moss, III

JM/
Encls.
cc:            file



$ 04.9

PITNEY BOWES

02 1M
0004271669   MAY 16 20
MAILED FROM ZIP CODE 251



# PRIORITY MAIL

## UNITED STATES POSTAL SERVICE

John Moss, III, DOC# 13734
Mount Olive Correctional Complex
One Mountainside Way
Mt. Olive, WV 25185

MS. TERESA L. DEPPNER, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
P.O. BOX 2546
CHARLESTON, WV 25329

Legal Mail

*Visit us at usps.com*