**John Moss, III, DOC# 13734**
Mount Olive Correctional Complex
One Mountainside Way
Mt. Olive, West Virginia 25185
MOCC Telephone: 304.442.7213

---

August 12, 2011

Ms. Teresa L. Deppner, Clerk
United States District Court
Southern District of West Virginia
300 Virginia Street East, Room 2400
Charleston, WV 25301

      Re:    Moss v. Ballard, Warden
                Civil Action No. 2:09-cv-01406

Dear Ms. Deppner:

    Enclosed for filing, please find the original and two (2) copies of my *pro se Petitioner's Objections To The Magistrate Judge's Proposed Findings And Recommendation*, and certification that the same has been served upon Respondent's counsel. Please inform me your office received these pleadings and filed them. Thank you.

                                                                Sincerely yours,

                                                                John Moss, III

JM/
Encls.
cc:          Asst. Attny. General
              file

