IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JOHN MOSS, III,

        Petitioner,

v.                              CIVIL ACTION NO.   2:09-cv-01406

DAVID BALLARD,

        Respondent.

**JUDGMENT ORDER**

In accordance with the accompanying order dismissing the petitioner's 28 U.S.C. § 2254 motion, the court **ORDERS** that judgment be entered accordingly and that this case be **DISMISSED** and **STRICKEN** from the docket of this court.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

                                ENTER:        September 9, 2011

                                                    Joseph R. Goodwin, Chief Judge